**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| STEVEN CRUMP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 24-3036-JWL |
| | ) | |
| UNIFIED GOVERNMENT OF JOHNSON COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**EXHIBITS IN SUPPORT OF JOHNSON COUNTY DEFENDANTS' MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT**

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| A. | Affidavit of Lieutenant Brian Zeeff |
| A-1. | Court Charging Printout for Jo. Co. Dist. Case No. 23CR02273 |
| A-2. | JoCo Sheriff's Jail Log |
| A-3. | Jail File |
| A-4. | Medical File 7/3/23 – 4/4/24, pp. 1-12 |
| A-5. | Medical File 7/3/23 – 4/4/24, pp. 103-107 |
| A-6. | Medical File 7/3/23 – 4/4/24, p. 228 |
| A-7. | Medical File 7/3/23 – 4/4/24, p. 225 |
| A-8. | Medical File 7/3/23 – 4/4/24, pp. 107-108 |
| A-9. | Medical File 7/3/23 – 4/4/24, p. 110 |
| A-10. | Medical File 7/3/23 – 4/4/24, p. 115 |
| A-11. | Medical File 7/3/23 – 4/4/24, p. 117 |

| | |
|---|---|
| A-12. | Medical File 7/3/23 – 4/4/24, p. 239 |
| A-13. | Medical File 7/3/23 – 4/4/24, p. 243 |
| A-14. | Medical File 7/3/23 – 4/4/24, p. 252 |
| A-15. | Medical File 7/3/23 – 4/4/24, p. 20 |
| A-16. | Medical File 7/3/23 – 4/4/24, p. 245 |
| A-17. | Medical File 7/3/23 – 4/4/24, p. 111-113 |
| A-18. | Medical File 7/3/23 – 4/4/24, p. 253 |
| A-19. | Medical File 7/3/23 – 4/4/24, p. 114 |
| A-20. | Medical Grievances, pp. 3-4 |
| A-21. | Medical File 7/3/23 – 4/4/24, p. 261 |
| A-22. | Medical File 7/3/23 – 4/4/24, pp. 118-119 |
| A-23. | Medical File 7/3/23 – 4/4/24, p. 122 |
| A-24. | Medical File 7/3/23 – 4/4/24, p. 23 |
| A-25. | Medical File 7/3/23 – 4/4/24, p. 116 |
| A-26. | Medical File 7/3/23 – 4/4/24, p. 267 |
| A-27. | Medical File 7/3/23 – 4/4/24, p. 272 |
| A-28. | Medical File 7/3/23 – 4/4/24, p. 120-125 |
| A-29. | Medical File 7/3/23 – 4/4/24, p. 48 |
| A-30. | Medical File 7/3/23 – 4/4/24, p. 126-127 |
| A-31. | Medical File 7/3/23 – 4/4/24, p. 356-357 |
| A-32. | Medical Grievances, pp. 11-12 |
| A-33. | Medical File 7/3/23 – 4/4/24, p. 130 |

| | |
|---|---|
| A-34. | Medical File 7/3/23 – 4/4/24, p. 128-129 |
| A-35. | Medical File 7/3/23 – 4/4/24, p. 25 |
| A-36. | Medical File 7/3/23 – 4/4/24, pp. 132-133 |
| A-37. | Medical File 7/3/23 – 4/4/24, p. 358 |
| A-38. | Medical File 7/3/23 – 4/4/24, p. 133 |
| A-39. | Medical File 7/3/23 – 4/4/24, 135 |
| A-40. | Medical File 7/3/23 – 4/4/24, pp. 139-142 |
| A-41. | Medical File 7/3/23 – 4/4/24, p. 134 |
| A-42. | Medical File 7/3/23 – 4/4/24, p. 137 |
| A-43. | Medical File 7/3/23 – 4/4/24, p. 136 |
| A-44. | Medical File 7/3/23 – 4/4/24, 137-138 |
| A-45. | Medical Grievances, pp. 19-20 |
| A-46. | Medical File 7/3/23 – 4/4/24, p. 359 |
| A-47. | Staff Grievances, p. 9 |
| A-48. | Medical Grievances, pp. 28-29 |
| A-49. | Medical File 7/3/23 – 4/4/24, p. 360 |
| A-50. | Medical File 7/3/23 – 4/4/24, p. 28 |
| A-51. | Medical File 7/3/23 – 4/4/24, pp. 62-64 |
| A-52. | Medical File 7/3/23 – 4/4/24, p. 145 |
| A-53. | Medical File 4/4/24 – 11/15/24, pp. 42-47 |
| A-54. | Medical File 4/4/24 – 11/15/24, pp. 308-309 |

| | |
|---|---|
| A-55. | Medical Grievances, pp. 56-57 |
| A-56. | Medical Grievances, pp. 60-63 |
| A-57. | Medical File 4/4/24 – 11/15/24, pp. 48-50 |
| A-58. | Medical File 4/4/24 – 11/15/24, pp. 51-56 |
| A-59. | Medical Grievances, pp. 70-71 |
| A-60. | Staff Grievances, pp. 32-33 |
| A-61. | Medical File 4/4/24 – 11/15/24, pp. 310-312 |
| A-62. | Medical File 4/4/24 – 11/15/24, pp. 57-61 |
| A-63. | Medical File 4/4/24 – 11/15/24, pp. 63-66 |
| A-64. | JCADC Inmate Housing |
| A-65. | Medical File 4/4/24 – 11/15/24, p. 196 |
| A-66. | Medical File 4/4/24 – 11/15/24, pp. 201-202 |

Respectfully submitted,

FISHER, PATTERSON, SAYLER & SMITH, LLP

/s/ *Kirk T. Ridgway*

Kirk T. Ridgway, KS No 17172
Connor M. Russo, KS No. 29826
51 Corporate Woods, Suite 300
9393 West 110th Street
Overland Park, KS 66210
(913) 339-6757; (f) (913) 660-7919
kridgway@fpsslaw.com
crusso@fpsslaw.com
*Attorneys for Johnson County Sheriff's Office Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22 day of January 2025, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

N/a

I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail, postage prepaid, to the following non-CM/ECF participant:

Steven Crump #141041
Johnson County Adult Detention Center
101 N. Kansas Avenue
Olathe, Kansas 66061
*Pro se Plaintiff*

/s/ *Kirk T. Ridgway*
Kirk T. Ridgway