## AFFIDAVIT OF LIEUTENANT BRIAN ZEEFF

STATE OF KANSAS )
) ss.:
COUNTY OF JOHNSON )

I, Lieutenant Brian Zeeff, of lawful age, and having first been duly sworn, upon my oath, state:

1. I have been employed as a deputy sheriff in the Detention Bureau of the Johnson County, Kansas Sheriff's Office since July 21, 1997. I am currently assigned to the Detention Bureau and have worked there since October 23, 2016. In total, I have been assigned to the Sheriff's Detention Bureau for approximately 17 years.

2. During these 17 years, my duties and responsibilities for the Sheriff have included managing inmates and the operations of the detention facilities in Olathe and New Century, Kansas. I therefore have access to, am familiar with, and help to create and maintain files and records of inmates held in the custody of the Sheriff of Johnson County, Kansas.

3. As part of my duties and responsibilities as an administrative detention lieutenant, I am aware of the claims and complaints of Inmate Steven Crump, including those written in his Amended Complaint, filed in *Crump v. Vital Core Health Strategies, et al.*, D. Kan Case No. 24-3036-JWL. Based on these complaints, I reviewed Detention records regarding Mr. Crump, including documents in his Inmate File, Classification File and Medical File.

4. True and accurate copies of the following documents regarding Mr. Crump are attached:

    A-1: Court Charging Printout for Jo. Co. Dist. Ct. Case No. 23CR02273
    A-2: JoCo Sheriff's Jail Log
    A-3: Jail File
    A-4: Medical File 7/3/23 – 4/4/24, pp. 1-12
    A-5: Medical File 7/3/23 – 4/4/24, pp. 103-107
    A-6: Medical File 7/3/23 – 4/4/24, p. 228
    A-7: Medical File 7/3/23 – 4/4/24, p. 225
    A-8: Medical File 7/3/23 – 4/4/24, pp. 107-108
    A-9: Medical File 7/3/23 – 4/4/24, p. 110
    A-10: Medical File 7/3/23 – 4/4/24, p. 115
    A-11: Medical File 7/3/23 – 4/4/24, p. 117
    A-12: Medical File 7/3/23 – 4/4/24, p. 239
    A-13: Medical File 7/3/23 – 4/4/24, p. 243
    A-14: Medical File 7/3/23 – 4/4/24, p. 252
    A-15: Medical File 7/3/23 – 4/4/24, p. 20
    A-16: Medical File 7/3/23 – 4/4/24, p. 245

{00390015}

JCSO

Exh. A

A-17: Medical File 7/3/23 – 4/4/24, pp. 111-113
A-18: Medical File 7/3/23 – 4/4/24, p. 253
A-19: Medical File 7/3/23 – 4/4/24, p. 114
A-20: Medical Grievances, pp. 3-4
A-21: Medical File 7/3/23 – 4/4/24, p. 261
A-22: Medical File 7/3/23 – 4/4/24, pp. 118-119
A-23: Medical File 7/3/23 – 4/4/24, p. 122
A-24: Medical File 7/3/23 – 4/4/24, p. 23
A-25: Medical File 7/3/23 – 4/4/24, p. 116
A-26: Medical File 7/3/23 – 4/4/24, p. 267
A-27: Medical File 7/3/23 – 4/4/24, p. 272
A-28: Medical File 7/3/23 – 4/4/24, pp. 120-125
A-29: Medical File 7/3/23 – 4/4/24, p. 48
A-30: Medical File 7/3/23 – 4/4/24, pp. 126-127
A-31: Medical File 7/3/23 – 4/4/24, pp. 356-357
A-32: Medical Grievances, pp. 11-12
A-33: Medical File 7/3/23 – 4/4/24, p. 130
A-34: Medical File 7/3/23 – 4/4/24, pp. 128-129
A-35: Medical File 7/3/23 – 4/4/24, p. 25
A-36: Medical File 7/3/23 – 4/4/24, pp. 132-133
A-37: Medical File 7/3/23 – 4/4/24, p. 358
A-38: Medical File 7/3/23 – 4/4/24, p. 133
A-39: Medical File 7/3/23 – 4/4/24, p. 135
A-40: Medical File 7/3/23 – 4/4/24, pp. 139-142
A-41: Medical File 7/3/23 – 4/4/24, p. 134
A-42: Medical File 7/3/23 – 4/4/24, p. 137
A-43: Medical File 7/3/23 – 4/4/24, p. 136
A-44: Medical File 7/3/23 – 4/4/24, pp. 137-138
A-45: Medical Grievances, pp. 19-20
A-46: Medical File 7/3/23 – 4/4/24, p. 359
A-47: Staff Grievances, p. 9
A-48: Medical Grievances, pp. 28-29
A-49: Medical File 7/3/23 – 4/4/24, p. 360
A-50: Medical File 7/3/23 – 4/4/24, p. 28
A-51: Medical File 7/3/23 – 4/4/24, pp. 62-64
A-52: Medical File 7/3/23 – 4/4/24, p. 145
A-53: Medical File 4/4/24 – 11/15/24, pp. 42-47
A-54: Medical File 4/4/24 – 11/15/24, pp. 308-309
A-55: Medical Grievances, pp. 56-57
A-56: Medical Grievances, pp. 60-63
A-57: Medical File 4/4/24 – 11/15/24, pp. 48-50
A-58: Medical File 4/4/24 – 11/15/24, pp. 51-56
A-59: Medical Grievances, pp. 70-71
A-60: Staff Grievances, pp. 32-33
A-61: Medical File 4/4/24 – 11/15/24, pp. 310-312
A-62: Medical File 4/4/24 – 11/15/24, pp. 57-61

A-63: Medical File 4/4/24 – 11/15/24, pp. 63-66
A-64: JCADC Inmate Housing
A-65: Medical File 4/4/24 – 11/15/24, p. 196
A-66: Medical File 4/4/24 – 11/15/24, p. 201-202

Each of these records were created and are maintained in the regular and ordinary course of detention operations. They were created or saved by officers or staff whose duties include routinely creating or saving these types of documents. They were created or saved shortly after the events described in them actually occurred. These records are relied upon by others in the regular and ordinary course of managing inmates, including but not limited to: (a) classifying and segregating inmates; (b) providing for their physical and mental health; and (c) assisting with the disposition of their grievances and legal complaints. Therefore, the persons creating and maintaining them have a duty to be accurate. I have no reason to believe any of these documents have been altered or are otherwise inaccurate or false in any way.

5. Inmates in the custody of the Sheriff of Johnson County, Kansas may be placed in medical segregation. The conditions placed on inmates in medical segregation – including Mr. Crump – are not intended or designed to punish them. Instead, their general housing conditions and restrictions are determined primarily by the needs for involved medical care and supervision, and to protect them from physical harm by other inmates. This need is best met by physically separating and closely monitoring all medically segregated inmates.

6. Inmates who require the use of a wheelchair are placed into medical segregation as a matter of course because of the inherent risk of harm from other inmates and where part of a chair may be removed and misused as a weapon or to jam locks. If an inmate in medical segregation wishes to leave medical segregation, they must be ambulatory under their own power as determined by Vital Core medical staff and forfeit the wheelchair for general use. This is not designed to punish the inmate, but to ensure that they are capable of the requirements of general population safely.

FURTHER AFFIANT SAITH NOT.

SUSAN BEECHLER
Notary Public-State of Kansas
My Appt. Expires 7/12/2027

_____
Lieut. B. Zeeff
Johnson County Sheriff's Office

Subscribed and sworn to me this 21st day of January, 2025.

Susan Beechler
Notary Public

{00390015}