UNITED STATES DISTRICT COURT

District For Kansas

Steven Crump,

    Plaintiff,

V                                                             Case No 24-03036

Unified Gov of Jo. Co., et al,

    Defendant.

AFFIDAVIT

The Plaintiff, Steven Crump, confirms that the information included in this affidavit is TRUE.

The following attachment are to be included with the MOTION FOR PARTIAL SUMMARY JUDGMENT on Claim IX ADA Violation filed with the court.

EXHIBITS TO BE INCLUDED:

EXHIBIT ADA 1.

1. DR. Stanton (HCP) issued Steven Crump a wheelchair on 7-05-2023 without a physical examination
2. Lora Neely is a NURSE and practiced beyond her capabilities when she discontinued Steven Crump's use of a wheelchair on 7-08-2023 without adequate examination or diagnosis of his injuries. Neely is not licensed to make diagnosis and is NOT a spine specialist. She was fully aware of Steven Crump's back injury when she prescribed flexerol, but no further examination.
3. Kathleen Calloway on 7-08-2023 took Steven Crump's wheelchair and practiced above her capabilities as a NURSE when she performed an assessment and diagnosed Steven Crump as not disabled, not injured when Steven Crump was severely injured and unable to walk.
4. The Vital Core staff demonstrated deliberate indifference to Steven Crump's report of spinal and leg injury, his inability to walk without extreme pain and took his wheelchair after Steven Crump demanded medical attention.

EXHIBIT ADA 2

1. After 5 months of extreme pain and further injury from being forced to walk while disabled Dr. Stanton approved wheelchair use for long distances to court only. The wheelchair was never returned. Steven Crump FORCED to walk 200 yards a day.
2. This proves that Steven Crump needed a wheelchair and Vital Core Policy denied that wheelchair while the staff abused their discretionary power by refusing Steven Crump wheelchair use.

EXHIBIT ADA 3

1. List of cells Steven Crump was housed in. None of these cells are handicap cells and Steven Crump demanded to be moved to a handicap cell, but was instead moved to a regular cell.
2. Steven Crump was never provided a handicap cell. The Sheriff's Office and Vital Core Staff were deliberately indifferent to Steven Crump's well-known disabilities and injuries.

EXHIBIT ADA 4

1. Dr Stanton is NOT a spine specialist and refused to treat Steven Crump's injuries.
2. Vital Core assured Steven Crump that Dr. Stanton was perfectly capable of treating his spinal injury.
3. Vital Core affirmed that they were capable of handling Steven Crump's injuries IN-HOUSE.
4. Steven Crump NEVER received treatment for his spinal injury IN-HOUSE.

EXHIBIT ADA 5

1. After 9 months of no treatment Steven Crump was diagnose with a bent spine from the 12 gauge shot gun non-lethal round impacting his SPINE. Dr. Stanton and Vital Core employees were deliberately indifferent and intentionally failed to provide proper diagnosis for 9 months.
2. Dr Stanton and Vital Core Employees attempted to blame Steven Crump's spinal injury on a birth defect. Completely complacent to Steven Crump being shot in the spine.
3. Steven Crump's spine is "BENT" directly at the impact point of the 12 gauge non-lethal round.
4. Dr. Stanton and Vital Core REFUSED to allow Steven Crump to see an actually spine doctor.

EXHIBIT ADA 6

1. Vital Core's Managers stopped responding to Steven Crump's grievances in October of 2023 and his demands for accommodations to his disabilities. Steven Crump exhausted the grievance process.

2. Dr. Stanton (HCP) denied Steven Crump a cane and extra mattress for back support without even physically examining him or having examinations completed on his spine.
3. Steven Crump was locked in isolation with NO accommodations to his injuries and Dr Stanton only went off the notes provided to him by the Nurses. A chart REVIEW without physical in-person examination.

EXHIBIT ADA 7

1. Dr. Stanton, Vital Core Staff, Sheriff's Office were deliberately indifferent to Steven Crump's injuries while acknowledging his disabilities and injuries.
2. After 9 months of EXTREME pain and unnecessary suffering Dr. Stanton ordered and MRI. This proves the WAIT AND SEE policy of Vital Core.
3. Dr Stanton went against the recommendations of the Orthopedic Spine specialist and denied Steven Crump a back brace while self- determining no further treatment necessary.
4. Steven Crump is NOW 100% disabled and unable to function normally in life.

EXHIBIT ADA 8

1. Supervisor Rebecca Wall demonstrated deliberate indifference to Steven Crump's injuries and chose to include herself in on his Doctor appointment.
2. Rebecca Wall told DR. Stanton that she knows Steven Crump does not have a spine injury because she had a spine injury and would no.
3. Rebecca Wall is a nurse and practiced beyond her capabilities when she convinced Dr. Stanton to NOT request further examination and examination by a spine specialist.
4. Rebecca Wall injected herself in on the appointment to repeatedly dismiss Steven Crump's spinal injury while attempting in every way to manipulate Steven Crump in to not pursuing further treatment.
5. Because Rebecca Wall sat in the meeting Steven Crump was denied all treatment based on HER OPINION.

EXHIBIT ADA 9

1. After having exhausted the grievances and medically abandoned by DR. Stanton, Vital Core, Sheriff's Office Steven Crump continued to plead for help.
2. Due to being blocked on grievances and having VP Jennifer Ehlrich take control of Steven Crump's case he was forced to send in medical request which were automatically denied DUE TO MANAGEMENT ORDERS.

EXHIBIT ADA 10

1. DUE TO MANAGEMENT ORDERS, Vital Core Policy Steven Crump's pleas for help go unanswered and dismissed.
2. Management and Dr Stanton were completely complacent to Steven Crump's serious, severe injuries and suffering.

EXHIBIT ADA 11

1. SGT Nuss is in charge of grievances and is authorized to speak on behalf of the Sheriff's Office. SGT Nuss confirms that all medical duties are delegated to Vital Core, Viola Riggins.
2. Sheriff's Office Defendants were completely complacent and deliberately indifferent to the inadequate medical treatment and the extreme injury and suffering being caused to Steven Crump.
3. Calvin Hayden has trained his employees NOT to intervene on unconstitutional practices of Vital Core.
4. Calvin Hayden has created policy that Sheriff's Office employees are NOT to provide any medical support or assistance.

EXHIBIT ADA 12

1. After 5 months of dragging his broken body 200 yards a day which caused extreme suffering and injury Dr. Stanton approves a wheel chair ONLY to go to the court house.
2. Vital Core and Dr. Stanton only approved the wheelchair for court purposes so that the court wouldn't become aware of the abuse and mistreatment Steven Crump was receiving while in the JCADC.

EXHIBIT ADA 13

1. Steven Crump in October of 2023 exhausted his grievances and was NOT provided accommodations to his injuries for multiple months after the fact.
2. If Dr. Stanton, Vital Core Staff, Sheriff's Office Staff would have not been complacent, not been deliberately indifferent, would have accommodated Steven Crump's injuries and disabilities Steven Crump would NOT have suffered extreme pain, further injury that has now left him 100% disabled.
3. Vital Core states that Steven Crump was assessed on the dates included. Steven Crump was sat in a chair, asked what was wrong with him and then sent back to his cell. There was NEVER a physical examination.
4. Dr. Stanton (HCP) told Steven Crump that they would monitor the situation as a Wait And See Policy of Vital Core.
5. Steven Crump's diagnostic imaging was performed IN-HOUSE in order to safe profit by not sending him off-site.
6. Dr. Stanton who is NOT a spine doctor was the person to examining the images and recommend no further action.
7. The Vital Core Defendants Rebecca Wall, Nicole Balcius practiced beyond their capabilities after they reviewed the images and informed the Vital Core staff to dismiss Steven Crumps' complaints and to not escalate his reports of suffering and further injury.

STEVEN CRUMP WAS MEDICALLY ABANDONED and not accommodated for his disabilities.

The Defendant failed to provide Steven Crump accommodations after acknowledging his injuries. The Defendants were well aware of the suffering and injury being done to Steven Crump, but chose to continue the abuse while instructing all other employees to do the same. Vital Core Staff and Sheriff's Office Staff were specifically told that Steven Crump was NOT to receive treatment and his complaints were not to be escalated.

STEVEN CRUMP DEMANDS FULL RECOVERY OF THE AWARDS REQUESTED IN THE MOTION FOR PARTIAL SUMMARY JUDGMENT- CLAIM IX ADA VIOLATION

CERTIFICATE OF SERVICE

I certify that I sent the following affidavit via email to the Court Clerk on Jan 28th, 2025 to be electronically filed and delivered to:

Kirk Ridgway  kridgway@fpsslaw.com

Sarah Wood  swood@nkfirm.com

All participants in the electronic notifications

SUBMITTED BY

Steven Crump  StevenCrumplaw@gmail.com