| 23006334 | Chronic Care Follow-up - CC-2.0 | SHORT TERM: | N/A | Stanton, Danny | 04-02-2024 3:23 pm |
| 23006334 | Chronic Care Follow-up - CC-2.0 | SHORT TERM: | N/A | Stanton, Danny | 04-02-2024 3:23 pm |
| 23006334 | Chronic Care Follow-up - CC-2.0 | SHORT TERM: | N/A | Stanton, Danny | 04-02-2024 3:23 pm |
| 23006334 | Chronic Care Follow-up - CC-2.0 | SHORT TERM: | N/A | Stanton, Danny | 04-02-2024 3:23 pm |
| 23006334 | Chronic Care Follow-up - CC-2.0 | Disease process / abnormal labs: | Discussed Disease process | Stanton, Danny | 04-02-2024 3:23 pm |
| 23006334 | Chronic Care Follow-up - CC-2.0 | Medication Management (purposes, side effects): | Discussed | Stanton, Danny | 04-02-2024 3:23 pm |
| 23006334 | Chronic Care Follow-up - CC-2.0 | Exercise: | Discussed | Stanton, Danny | 04-02-2024 3:23 pm |

## Patient History Forms

| Booking Number | Form Name | Form Item | Item Response | Interviewer | Interview Date |
|---|---|---|---|---|---|
| 23006334 | Communication of Special Needs - SN-1.0 | Housing Recommendations: | Return to General Population: no housing restrictions | Rosenberg, Kimbra A | 07-05-2023 4:02 am |
| 23006334 | Communication of Special Needs - SN-1.0 | Housing Recommendations: | Medical Isolation - Contact (state duration in notes section if known): (Med seg for wounds) | Rosenberg, Kimbra A | 07-05-2023 4:25 am |
| 23006334 | Communication of Special Needs - SN-1.0 | Select all that apply: | Requires medical supplies (dressing and gauze wrap on leg) | Rosenberg, Kimbra A | 07-05-2023 4:25 am |
| 23006334 | Communication of Special Needs - SN-1.0 | Medical Equipment Issued: Notate Duration in Notes Section | Wheelchair (PER HCP, PATIENT APPROVED FOR WHEELCHAIR USE UNTIL BLISTERS ON BOTH FEET ARE HEALED.) | Neely, Lora | 07-05-2023 11:23 am |
| 23006334 | Communication of Special Needs - SN-1.0 | Select all that apply: | Requires medical devices or appliances | Neely, Lora | 07-05-2023 11:23 am |
| 23006334 | Communication of Special Needs - SN-1.0 | Housing Recommendations: | Lower Level/Bottom Bunk Temporary (notate duration in notes) (x14 days, then reassess need for wheelchair) | McKeel, Tiffany | 07-07-2023 7:32 am |
| 23006334 | Communication of Special Needs - SN-1.0 | Housing Recommendations: | Return to General Population: no housing restrictions (Cleared from MED-ISO ) | Calloway, Kathleen | 07-08-2023 7:28 pm |
| 23006334 | Communication of Special Needs - SN-1.0 | Medical Equipment Issued: Notate Duration in Notes Section | Wheelchair (Returned to medical ) | Calloway, Kathleen | 07-08-2023 7:28 pm |
| 23006334 | Communication of Special Needs - SN-1.0 | Medical Equipment Issued: Notate Duration in Notes Section | Other (specify): (Returned to medical ) | Calloway, Kathleen | 07-08-2023 7:28 pm |
| 23006334 | Communication of Special Needs - SN-1.0 | Medical Equipment Issued: Notate Duration in Notes Section | DISCONTINUE WHEELCHAIR USE. NO LONGER MEDICALLY INDICATED. BLISTERS ON FEET HAVE HEALED AND PATIENT HAS BEEN WALKING DOWN TO MEDICAL. | Neely, Lora | 07-20-2023 1:51 pm |
| 23006334 | Communication of Special Needs - SN-1.0 | Housing Recommendations: | Medical Isolation - Contact (state duration in notes section if known): (r/t wound culture results per HCP) | Flaherty, Whitney | 07-31-2023 1:06 pm |



Crump medical file p. 69

Ex ADA1

wheelchair for my court transport. I need it documented so I don't have to argue with the transport. Officers. Because if I'm not given a wheelchair then I'm not going and I'll have my lawyer explain to the judge why I didn't make it. Sucks, but this is serious. I'd rather be able to walk again then get out of jail. Plus I'm leaving that day after court so this would be medicals last appreciated courtesy. Thank all of you for bringing back from the living dead.

Response by **Nurse M. B** on **11/27/2023** at **11:25 PM**

The doctor was contacted regarding your request. The doctor approved for you to have a wheelchair for court on 12/6/23. The order has been noted in your chart as well.

EX ADA2

## Johnson County Adult Detention Center

**Inmate Housing**

Inmate Name: **CRUMP, STEVEN HARLEY**

CFN: **141041**                    Booking No.: **23006334**                    Unit/Cell:    **2D/2**

| Date | Unit | Cell | Reason |
|------|------|------|--------|
| 05/08/2024 - 12:37 | 2D | 2 | PC |
| 04/20/2024 - 18:20 | 2A | 34 | WATER IN CELL |
| 12/15/2023 - 17:30 | 2A | 16 | DISABILITY, UNABLE TO STAND AT DOOR FOR WIFI |
| 10/29/2023 - 14:49 | 2A | 6 | WATER IN CELL |
| 07/11/2023 - 12:33 | 2A | 16 | 1389 |
| 07/05/2023 - 02:03 | 3A | 46 | PRECLASS |
| 07/04/2023 - 22:54 | BL | 1 | NEW ADMIT |

EX ADA3

Crump housing p. 1

# Medical Request - #18,654,586

EX ADA4

| | | | |
|---|---|---|---|
| From: | STEVEN CRUMP (141041) | Date Submitted: | 02/13/2024 11:07 AM |
| Housing Area: | CB-2A | Date Received: | 02/13/2024 6:10 PM |
| Assigned To: | Medical Request | Status: | **CLOSED** |

Request

# Johnson County Detention Center

**Request for Medical are assessed a fee:**

- Nurse Clinic: $8.00

- Dentist, Doctor, Nurse Practitioner Clinic: $10.00

- Medication, and Refills: $5.00

- Hospitalization: $5.00

- Emergency Room Visit and Referrals to Outside Specialists: $10.00

*Case # 23-CV-03036-JWL*

Reading glasses are available to order on commissary. Your family and friends can bring approved reading glasses to the detention. Reading glasses request are subjected to nurse clinic fee.

Your financial ability to pay will not limit your access to medical care, however, if you are indigent, the fee/s will be charged to and deducted from your account when you receive money.

By signing, I acknowledge and agree to the fee/s that may be charged to my request below.

**eSignature**

*steven crump*

**Please write your Medical Request/Grievance below. (Please be as specific as possible)**

i am supposed to talk with Dr Stanton today. Either my back need properly diagnosed and treated or I need a new provider. 7 months and i am in pain and suffering 24 hrs a day. i cant sleep more than 1hr at a time. this is driving me insane

Response by **Nurse R. W** on **02/14/2024** at **9:20 AM**

EX ADA4

Mr. Crump, you have been scheduled with the provider this week to discuss this further. Dr. Stanton is our medical director, so I assure you that you are in the best hands.

Did NOT see Dr. Steunton. Steunton Did Chart review.

## Grievance - 4607   (SJM Ref #19,521,204)                    EX ADA 5

| | | | |
|---|---|---|---|
| From: | STEVEN CRUMP (141041) | Date Submitted: | 04/26/2024 6:33 PM |
| Housing Area: | CB-2A | Date Received: | 04/26/2024 11:55 PM |
| Assigned To: | Medical Grievance | Status: | **CLOSED** |

### Request

# Johnson County Detention Center

**Request for Medical are assessed a fee:**

- Nurse Clinic: $8.00

- Dentist, Doctor, Nurse Practitioner Clinic: $10.00

- Medication, and Refills: $5.00

- Hospitalization: $5.00

- Emergency Room Visit and Referrals to Outside Specialists: $10.00

Reading glasses are available to order on commissary. Your family and friends can bring approved reading glasses to the detention. Reading glasses request are subjected to nurse clinic fee.

Your financial ability to pay will not limit your access to medical care, however, if you are indigent, the fee/s will be charged to and deducted from your account when you receive money.

By signing, I acknowledge and agree to the fee/s that may be charged to my request below.

**eSignature**

*Steven Crump*

**Please write your Medical Request/Grievance below. (Please be as specific as possible)**

I was shot I my spine. The injury was never addressed, never provided for and this injury caused my spine to twist and turn into scoliosis. I've been denied all forms of traditional treatment that would have prevented this further, life altering injury of scoliosis. I request a back brace immediately to prevent further harm, I need a spine specialist, a chiropractor to reset my dislocated spine. I need an extra mattress to help alleviate the hard pressure on my spine. I'm in tremendous suffering 24 hrs a day and I have been for ten months. Under Dr Stanton and Vital

Core care I have become permanently crippled. I have been given zero help for my spine injury. This is my last grievance of exhaustion before I take this to the next stage. You must respond.

---

Response by **Nurse W. F** on **04/30/2024** at **3:42 AM**

Mr. Crump,

Your injury was addressed in several visits with the provider. You were given medication, physical therapy and further diagnostic testing, with an independent facility, when your pain was unresolved. Additionally, your spine is not dislocated. Scoliosis is a very common condition which people are able to lead long, healthy lives with. While some cases of scoliosis may require a back brace, your case is characterized by the outside provider as being mild. Based on the results of your MRI, a referral to an outside specialist is not indicated.

Grievance not sustained.

EXHIBIT ADA5

*DENIED WALKING CANE + Mattress*

## Medical Request - #17,438,332

| | | | |
|---|---|---|---|
| From: | STEVEN CRUMP (141041) | Date Submitted: | 10/30/2023 3:07 PM |
| Housing Area: | CB-2A | Date Received: | 10/30/2023 8:17 PM |
| Assigned To: | Medical Request | Status: | **CLOSED** |

EXHIBIT ADA 6

Request

# Johnson County Detention Center

**Request for Medical are assessed a fee:**

- Nurse Clinic: $8.00

- Dentist, Doctor, Nurse Practitioner Clinic: $10.00

- Medication, and Refills: $5.00

- Hospitalization: $5.00

- Emergency Room Visit and Referrals to Outside Specialists: $10.00

Reading glasses are available to order on commissary. Your family and friends can bring approved reading glasses to the detention. Reading glasses request are subjected to nurse clinic fee.

Your financial ability to pay will not limit your access to medical care, however, if you are indigent, the fee/s will be charged to and deducted from your account when you receive money.

By signing, I acknowledge and agree to the fee/s that may be charged to my request below.

**eSignature**

*Steven Crump*

**Please write your Medical Request/Grievance below. (Please be as specific as possible)**

My grievance hasn't been addressed from the 24th October nor do I have a walking cane or double mattress. I'm trying to get healthy enough to walk like a normal Person.

Response by **Nurse M. B** on **10/30/2023** at **8:28 PM**

Our nurse manager is the one that deals with and responds to the grievances.

EXHIBIT ADA 6

Printed on 03/13/2024 at 10:06 AM

Page 1 of 2

They did ask the HCP about a second mattress or a cane and they did not approve it at this time.

EXHIBIT ADA 6

## Grievance - 4218   (SJM Ref #18,912,420)          EXHIBIT ADA7

| | | | |
|---|---|---|---|
| From: | STEVEN CRUMP (141041) | Date Submitted: | 03/06/2024 11:29 AM |
| Housing Area: | CB-2A | Date Received: | 03/11/2024 12:07 PM |
| Assigned To: | Medical Grievance | Status: | **CLOSED** |

Request
___

# Johnson County Detention Center

**Request for Medical are assessed a fee:**

- Nurse Clinic: $8.00

- Dentist, Doctor, Nurse Practitioner Clinic: $10.00

- Medication, and Refills: $5.00

- Hospitalization: $5.00

- Emergency Room Visit and Referrals to Outside Specialists: $10.00

Reading glasses are available to order on commissary. Your family and friends can bring approved reading glasses to the detention. Reading glasses request are subjected to nurse clinic fee.

Your financial ability to pay will not limit your access to medical care, however, if you are indigent, the fee/s will be charged to and deducted from your account when you receive money.

By signing, I acknowledge and agree to the fee/s that may be charged to my request below.

**eSignature**

*Steven crump*

**Please write your Medical Request/Grievance below. (Please be as specific as possible)**

The doctor ordered more testing. What I need is to be seen by a spine specialist. Taking another CT SCAN is less likely to diagnose any problems that I'm having. I need a specialized Doctor to examine my spine.

Response by **Health Service Administrator N. B** on **03/11/2024** at **12:10 PM**
___

You were seen and assessed by the medical director on 3/5/2024.

**EXHIBIT ADA7**

During that visit, you have been orders an MRI of Thoracic and Lumbar spines. Due to security measures, we are unable to give you the date or location.

You will have a follow-up with Dr. Stanton to review the results. The medical director is fully aware of your case and will make the appropriate referrals.

Thank you.

## Medical Request - #18,666,833

EXHIBIT ADA8

| | | | |
|---|---|---|---|
| From: | STEVEN CRUMP (141041) | Date Submitted: | 02/14/2024 10:14 AM |
| Housing Area: | CB-2A | Date Received: | 02/14/2024 2:58 PM |
| Assigned To: | Medical Request | Status: | **CLOSED** |

Request

# Johnson County Detention Center

**Request for Medical are assessed a fee:**

- Nurse Clinic: $8.00

- Dentist, Doctor, Nurse Practitioner Clinic: $10.00

- Medication, and Refills: $5.00

- Hospitalization: $5.00

- Emergency Room Visit and Referrals to Outside Specialists: $10.00

*Case # 23-CV-03036-JWL*

*Denied Treatment*

*Prolonged "chronic Care"*

Reading glasses are available to order on commissary. Your family and friends can bring approved reading glasses to the detention. Reading glasses request are subjected to nurse clinic fee.

Your financial ability to pay will not limit your access to medical care, however, if you are indigent, the fee/s will be charged to and deducted from your account when you receive money.

By signing, I acknowledge and agree to the fee/s that may be charged to my request below.

**eSignature**

*Steven crump*

**Please write your Medical Request/Grievance below. (Please be as specific as possible)**

I'm being 100% honest. I've not been IN GOOD HANDS from the start. You all saw my leg, you all knew I had a severe back injury yet took my wheelchair and denied me a second mattress stating that only people with back injuries get second mattresses. 7 months later I'm in physical therapy for my back injury and some not so bright person says I don't need a second mattresses cause my chart from 7 months ago shows no injury just normal wear and tear. I can't even sit up straight. I've been bed ridden because I can't stand or even walk far and you people say I'm in good hands. 5 months I drag myself around in severe pain before I got a cane and nobody seems

Printed on 03/13/2024 at 10:07 AM

Page 1 of 2

to think, maybe this guys telling us the truth. 7 months for 24 hrs a damn day I am in severe pain. 7 fucking months is a long damn to be hurting every second, every minute. And you say I'm in good hands. I'd truly hate to see what you would consider in Bad Hands. Is it a wish for the cruelty to persist until an inmate takes his own life? Does the provider get bonus awards for incidental deaths caused by lack of medical care? Is this whole system comprised of saddistic people like the ones who caused my injury? Intolerable.I don't want anything do to with the PROVIDER who is making such deliberate indifferent choices about my injures. You can't just cross your fingers and hope for the best when it comes to providing proper medical care. This is bullshit.

---

**Response by Nurse R. W on 02/14/2024 at 3:33 PM**          EXHIBIT ADA8

Mr. Crump, as discussed in person you are scheduled with the provider this week. I will be sure to be in the room during your consultation so that I can ensure you are being heard and every concern is addressed during this visit. It is highly encouraged that you pick up your physical therapy exercises to help reduce any and all pain possible. Please let me know any questions you may have by placing a medical request asking for the charge nurse. Your health and wellbeing are very important to us. We will do what I can to make sure you are being cared for in the best possible way.

This is Supervisor Becky. Becky intervened on not an actual visit with Dr. Stenton to be examined, but by video. Becky tried convincing Crump he did not have a spine injury, that it was all in his mind. She is unqualified to make diagnosis, but insisted on influencing Dr. Stenton to refuse Crump any treatment other than over-the-counter meds. Becky never examined Crump. She just talked. Asked Crump what kind of pain he felt then decided Crump had no spine injury. Crump ended up having SEVERE, EXTREME spinal injury of scoliosis, sclerosis and and a bent spine from a seperated spinal injury.

Becky had Crump wrote up and locked in isolation for this grievance in order to silence Crump's grievances and freedom of speech.

EXHIBIT ADA8

# Medical Request - #19,475,116

EXHIBIT ADA 9

| | | | |
|---|---|---|---|
| From: | STEVEN CRUMP (141041) | Date Submitted: | 04/23/2024 10:47 AM |
| Housing Area: | CB-2A | Date Received: | 04/23/2024 1:49 PM |
| Assigned To: | Medical Request | Status: | **CLOSED** |

Request

# Johnson County Detention Center

**Request for Medical are assessed a fee:**

- Nurse Clinic: $8.00

- Dentist, Doctor, Nurse Practitioner Clinic: $10.00

- Medication, and Refills: $5.00

- Hospitalization: $5.00

- Emergency Room Visit and Referrals to Outside Specialists: $10.00

Reading glasses are available to order on commissary. Your family and friends can bring approved reading glasses to the detention. Reading glasses request are subjected to nurse clinic fee.

Your financial ability to pay will not limit your access to medical care, however, if you are indigent, the fee/s will be charged to and deducted from your account when you receive money.

By signing, I acknowledge and agree to the fee/s that may be charged to my request below.

**eSignature**

*Steven crump*

**Please write your Medical Request/Grievance below. (Please be as specific as possible)**

I am requesting a second mattress and a back brace. I've had a ct scan last September and multiple back xrasys and examination through out my life and I've never not a once been diagnosed with scoliosis nor degenerative spine disease. I need everything to help my back at this point

Response by **Nurse R. W** on **04/24/2024** at **10:36 AM**                    EXHIBIT ADA9

Neither of these were approved by Dr. Stanton as it is not deemed medically necessary at this time. If you have any further questions or concerns, please submit a medical grievance. If you need to be seen in sick call, then place a medical request.

Steven Crump was denied a back brace, extra mattress the entire time of his incarceration.

Steven Crump was denied a walking cane and wheelchair use until Dec. of 2023, 5 months.

# Medical Request - #18,711,085

EXHIBIT ADA10

| | | | |
|---|---|---|---|
| From: | STEVEN CRUMP (141041) | Date Submitted: | 02/18/2024 10:22 AM |
| Housing Area: | CB-2A | Date Received: | 02/18/2024 10:39 AM |
| Assigned To: | Medical Request | Status: | **CLOSED** |

Request

# Johnson County Detention Center

**Request for Medical are assessed a fee:**

• Nurse Clinic: $8.00

• Dentist, Doctor, Nurse Practitioner Clinic: $10.00

• Medication, and Refills: $5.00

• Hospitalization: $5.00

• Emergency Room Visit and Referrals to Outside Specialists: $10.00

Reading glasses are available to order on commissary. Your family and friends can bring approved reading glasses to the detention. Reading glasses request are subjected to nurse clinic fee.

Your financial ability to pay will not limit your access to medical care, however, if you are indigent, the fee/s will be charged to and deducted from your account when you receive money.

By signing, I acknowledge and agree to the fee/s that may be charged to my request below.

**eSignature**

*Steven Crump*

**Please write your Medical Request/Grievance below. (Please be as specific as possible)**

I am requesting an outside examination and diagnosis by a Professional Doctor who specializes in Spine/Back injuries. Someone experienced with Bone, cartilage, nerves, ligament, tendon and soft tissue damage. I need my ankle properly diagnosed because the cop severed the tendon/ligaments from the bone. I need my spine properly diagnosed because medical has informed me that the Provider reports that I've never had a spinal injury. I was shot directly in my spine with a shot gun round. Professional witnesses, I.e. doctors, back surgeons, have

reported organ failure and death as a result from being shot at the proximity that I was shot. With in 15 ft. In one case the shotgun round punch a hole through a mans chest plate. It is medically infeasible that I could be shot in my spine by a 12 gauge shot gun round and not suffer a spinal injury. It shocks the conscious to hear medical and the Provider tell me that the round caused absolutely no damage to my spine and the only back injury occurred was a muscle strain that can be fixed by taking multiple blood thinners and core exercises, sit ups and crunches. What is happening is a conspiracy between Management of this facility, medical staff and the Provider to cover up my injuries caused by police brutality. Every time I complain about not being medically treated the Management in this Facility retaliate by locking me down, restricting my religious practices, taking my wheel chair or putting me on medical segregation. My injuries are not documented and I'm given blood pressure medication for pain relief. On record I've never had any injuries because medical refuses to acknowledge my wrist, ankle and spine injury. By not diagnosing and recording my injuries they never existed. Giving me blood pressure meds does not indicate that I have chronic injury and suffering from pain. Just shows I have a blood pressure problem which I do not. Prescribing me actual pain medication for Pain would show a paper trail of chronic injury. This is not a recommendation, I am not asking you people Please anymore. I'm telling you that I demand an outside examination and that it is my legal right to do so. The negligence and deliberate indifference is causing me extensive pain and unnecessary suffering. Because I'm not properly diagnosed I'm not treated correctly and I'm being given meds that cause more bodily injury and side effects than my original injuries from the Cops attacking me. I need to see a SPECIALIST

Response by **Nurse T. M** on **02/19/2024** at **7:09 AM**

This request has been addressed and you have been denied a specialist appointment. This has been passed on to management.

EXHIBIT ADA10

## Grievance - 4090    (SJM Ref #18,746,536)    EXHIBIT ADA11

| | | | |
|---|---|---|---|
| From: | STEVEN CRUMP (141041) | Date Submitted: | 02/21/2024 11:03 AM |
| Housing Area: | CB-2A | Date Received: | 02/21/2024 12:03 PM |
| Assigned To: | Sergeant | Status: | **CLOSED** |

### Request

it is the responsibility of this facility to provide adequate medical care. Who is the person with authority to take my wheel chair away? The officer who took it between July 10th-18th told me Management told him to take the chair. Who is Management he was referring to?
I am having complications with my back injury and medical is refusing to do a follow up screening to find out what is wrong. I was forced to hobble through this facility while severely injured causing unnecessary pain and suffering. because of this im having complications. this facility needs to intervene and provide me adequate medical care

### Response by **Sergeant R. Nuss** on **02/23/2024** at **9:46 AM**

Medical staff is who determines if you get a chair or not. I am rejecting this grievance so you can refile it as a medical grievance or request a wheelchair from them.

wheelchair for my court transport. I need it documented so I don't have to argue with the transport. Officers. Because if I'm not given a wheelchair then I'm not going and I'll have my lawyer explain to the judge why I didn't make it. Sucks, but this is serious. I'd rather be able to walk again then get out of jail. Plus I'm leaving that day after court so this would be medicals last appreciated courtesy. Thank all of you for bringing back from the living dead.

## Response by **Nurse M. B** on **11/27/2023** at **11:25 PM**

The doctor was contacted regarding your request. The doctor approved for you to have a wheelchair for court on 12/6/23. The order has been noted in your chart as well.

Crump's wheelchair was taken on July 8th 2023 and it was not until 12-6-23 that he was provided a wheelchair for long distances. Crump was forced to walk about 200 yards a day which caused extreme pain, suffering and tremendous further injury to his damaged spine and leg.

Vital Core removed this permission documentation from Crump's medical record intentionally in May of 2024 out of evil, malicious intentions after Steven Crump was forced into protective custody due to harrassment and assaults from Nurse R.B (Supervisor Becky) and Head Health Administrator (N.B.).

EXHIBIT ADA 12

## Grievance - 2453   (SJM Ref #17,362,160)

EXHIBIT ADA 13

| | | | |
|---|---|---|---|
| From: | STEVEN CRUMP (141041) | Date Submitted: | 10/24/2023 8:00 AM |
| Housing Area: | CB-2A | Date Received: | 10/25/2023 9:18 AM |
| Assigned To: | Medical Grievance | Status: | **CLOSED** |

**Request**

# Johnson County Detention Center

**Request for Medical are assessed a fee:**

• Nurse Clinic: $8.00

• Dentist, Doctor, Nurse Practitioner Clinic: $10.00

• Medication, and Refills: $5.00

• Hospitalization: $5.00

• Emergency Room Visit and Referrals to Outside Specialists: $10.00

Reading glasses are available to order on commissary. Your family and friends can bring approved reading glasses to the detention. Reading glasses request are subjected to nurse clinic fee.

Your financial ability to pay will not limit your access to medical care, however, if you are indigent, the fee/s will be charged to and deducted from your account when you receive money.

By signing, I acknowledge and agree to the fee/s that may be charged to my request below.

**eSignature**

*Steven Crump*

**Please write your Medical Request/Grievance below. (Please be as specific as possible)**

So before I was even able to walk this facility took my wheelchair. I was then bed ridden, forced to walk in excruciating pain from my back injury and leg injury without any assistance. During the healing process I was forced to lay on a solid metal bunch with barely a mattress that looks 20 yrs old. I was given nothing to help support or stabilize my back while it was healing. I was forced to walk while I can't feel my leg or foot. I clearly had nerve damage yet I was given nothing to assist in my recovery except medication. Now I have severe nerve damage and have

no control of my leg, I can't walk normal nor can I sit regular without excruciating pain. This is because for 2 months I was forced to lay on my injury on a solid surface and I was forced to use my body while it was severely injured and needed to stay immobilized to heal properly. Now, 3 months later I am told I could have had a cane to assist my walking, taking all that pressure off my back and leg and an extra matt that would have help alleviate the pressure on the swelling in my back causing nerve damage. This is sad, but now I am going to be permanently damaged if I don't start getting the right stuff to help my body heal. I WANT MY WALKING CANE AND AN EXTRA MATRESS TODAY, NOT LATER, NOW. Please and thank you. This is my body, my pain and the police did this to me on purpose with intent and I hope this facility isn't doing the same thing by not Completely helping my body heal.

---

**Response by Nurse W. F on 11/02/2023 at 4:30 PM**

Mr. Crump,
You have been assessed by the health care provider on the following dates during your stay: 7/12/23, 7/26/23, 7/31/23, 8/15/23, 8/18/23, 9/8/23, 10/10/23. Additionally, the provider has ordered diagnostic imaging to assess your condition. Upon review, the provider has determined that you do not meet the qualifications for a 2nd mattress or cane at this time. If you are experiencing new or worsening symptoms, please submit a sick call for further evaluation. Thank you.

EXHIBIT ADA13