IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

STEVEN CRUMP,

    *Plaintiff,*

v.

                                    Case No. 24-3036-EFM

JOHNSON COUNTY BOARD OF
COMMISSIONERS, et al.,

    *Defendants.*

## MEMORANDUM AND ORDER

Before the Court is pro se Plaintiff Steven Crump's Motion to File Response in Excess of the page limitations (Doc. 148). The Court has twice stricken Plaintiff's Response to the Johnson County Defendants' Motion for Summary Judgment. The Court struck Plaintiff's Responses because they were single-spaced and exceeded the page limitations. Each time, the Court directed Plaintiff to Local Rules 5.1(a) and 7.1(d)(2). These local rules establish formatting requirements and page limitations.

In his request to exceed the page limitations, Plaintiff asserts that he needs extra pages to prove his claims. However, Plaintiff is reminded that in responding to a motion for summary judgment, he need only respond to the reasons Defendants give in support of their motion. Defendants used 36 pages to make their argument. Plaintiff can respond to these arguments in 40 pages.

Plaintiff is encouraged to review Local Rule 7.1(a) in formatting his Response. Additionally, Plaintiff is reminded that Local Rule 5.1(a) requires his response be double-spaced in no less than 12-point font.

-2-

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to File Response in Excess of Page Limitations (Doc. 148) is **DENIED**.

**IT IS SO ORDERED**.

Dated this 28th day of February, 2025.

ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE