

#1