UNITED STATES DISTRICT COURT

DISTRICT FOR KANSAS

Steven Crump

    Plaintiff,

V                                                                             Case No. 24-03036

Unified Gov. of Jo. Co., et al,

    Defendants.

### AFFIDAVIT

Steven Crump submits the following evidence in support of his Response to Defendant's MOTION FOR SUMMARY JUDGMENT:

1. Write-Up in retaliation to grievance. Violation of 1st amendment free speech rights. Resulted in false imprisonment without due process. Deputy Salgado was told by Johnson County Supervisors to write Crump up and falsely imprison him.

2. Affidavit from Kain O'keefe. Eye witness to the mistreatment by Johnson County employees by forcing Crump to live in a filthy cell with a soiled, molded mattress. O'keefe is an eye witness to the denial of requests to assist cleaning the cell.

3. Record of DENIED Handicap Shower.

4. Denied Off-Sight Treatment. Medically Abandoned.

5. Johnson County Supervisor denying Steven Crump a wheelchair. Blaming it on VitalCore after VitalCore approved the wheelchair. Johnson County Deliberate INDIFFERENCE.

6. Spine Injury from shotgun round that left Steven Crump disabled and in severe pain

7. Dog bite injury left Crump crippled, disabled.

8. List of medications OVER-THE-COUNTER MEDICATIONS that were inadequate care

9. Periodontal Disease and tooth falling out.

10. Periodontal disease eating away the gums and teeth turning brown

11. Grievance to inadequate Medical Treatment Instantly denied. Told to put in a request for medical. Crump goes to medical and talks to a nurse, nothing is done. Crump puts in another grievance; it's dismissed and he is told to put in a medical request. Crump puts in a medical request and goes to medical; nothing is done. Crump puts in another grievance and the cycle goes ON AND ON AND ON. Steven Crump sends grievances to the Johnson County Defendants. They tell him to contact medical and deny his grievance. This is the system that kept Steven Crump in severe pain, agony, without treatment and without adequate care.

12. Steven Crump has include other documents that show the injuries he suffered from inadequate treatment and medication. This includes hyperlipidemia-partial heart valve blocked, A doctors note recommending back brace- Dr. Boweman and many documents that show the delay in treatment. Steven Crump's ORDERED examinations, MRI, was pushed back from Dec. 2023 to April, 2024 in an intentional delay at diagnosis because these CORRUPT practitioners know exactly how long it takes for a spinal injury to heal incorrectly in order to cover up the injuries caused by Defendants.

13. Upon the release of Discovery Steven Crump will provide an overwhelming amount of evidence to demonstrate that the Defendant's ARE GUILTY of all claims made against them. They have manipulated the RECORDS, lied to the court and covered up misconduct, but they can not HIDE the physical injuries caused by their torture. Steven Crump has lost his ability to scan all the documents in order to supply the overwhelming amount of evidence against the Defendants.

14. Steven Crump has demonstrated with physical evidence the amount of injury caused to him

by intentional torture, retaliation and cruel and unusual punishment.

15. I filed evidence that demonstrated the guilt of both Sheriff's Office and VitalCore Defendants. Those affidavits were stricken and since then I have lost access to those documents. Once I was admitted to emergency surgery the ARC packed my legal items and mixed up the over 5000 documents sent by the Defendants. Upon DISCOVERY I am able to request the exact documents that prove the Defendants guilt to all claims.

16. I plead with the court to allow this case to proceed to discovery. Based on the physical evidence, the before and after pictures of my spine, it is CLEAR that I suffered extreme injury while under the supervision and care of the Defendants. The Defendants must answer to the courts, "How did or why did Steven Crump become so severely injured until he is now permanently crippled under your supervision and car?"

**I ,Steven Crump, under penalty of perjury confirm that the information included in this affidavit are TRUE. The evidence has been submitted BY ME, Steven Crump, directly to the United States District Court Clerk. This Affidavit is a sworn testimony of facts.**

**Steven Crump does not have the resources to provide a notary upon this or any affidavit filed directly by him. Notary should only be needed when the Corrupt Defense Attorneys file with this court. The Defendant's Attorney's are the only ones who consistently try to mislead the court with slander, misdirection and lies. Steven Crump has ONLY ever provided true and FACTUAL INFORMATION to this court.**

<u>**I request the court to accept this affidavit without NOTARY.**</u>

CERTIFICATE OF SERVICE

I sent the following affidavit to the court clerk to be filed on May 10 th, 2025 to be electronically filed with the United States District Court.

Notice to be sent to the following:

Kirk Ridgway.

John Hicks

Submitted By,

Steven Crump

stevencrump law@gmail.com

Signature: *Steven Crump*