# Medical Request - #16,694,597

(19)

| | | | |
|---|---|---|---|
| From: | STEVEN CRUMP (141041) | Date Submitted: | 08/30/2023 4:37 PM |
| Housing Area: | CB-2A | Date Received: | 08/30/2023 11:00 PM |
| Assigned To: | Medical Request | Status: | **CLOSED** |

Request

# Johnson County Detention Center

**Request for Medical are assessed a fee:**

- Nurse Clinic: $8.00

- Dentist, Doctor, Nurse Practitioner Clinic: $10.00

- Medication, and Refills: $5.00

- Hospitalization: $5.00

- Emergency Room Visit and Referrals to Outside Specialists: $10.00

Reading glasses are available to order on commissary. Your family and friends can bring approved reading glasses to the detention. Reading glasses request are subjected to nurse clinic fee.

*[Handwritten note:]* Crump had been denied handicap shower since JCADC Admin took Crump's wheel chair. Crump had been sneaking in to the handicap shower when a specific Deputy worked. This Deputy was moved. Crump attempted to manipulate Medical into believing he had been approved. Crump tried to TRICK his way into being able to shower. Crump was not able to shower - 8 days. + 13 days

Your financial ability to pay will not limit your access to medical care, however, if you are indigent, the fee/s will be charged to and deducted from your account when you receive money.

By signing, I acknowledge and agree to the fee/s that may be charged to my request below.

**eSignature**

*Steven crump*

**Please write your Medical Request/Grievance below. (Please be as specific as possible)**

I am waiting for a ct exam on my spine. I can't lift my leg or hold my balance. I use the handicapped shower because I need the railings. I'm 220ilbs and can't stand on one leg nor hold my other leg up nor does my spinal injury allow me to bend all the way over. Someone in medical told the officer today that I do not need a handicapped shower. I have used the shower since I got out of my wheel chair. Can medical please CORRECT this so I don't have to go through a grievance process. Thank you. Chrissy was the medical staff the female officer talked

to today apparently.

Response by **Nurse C. K** on **08/31/2023** at **6:07 PM**

Mr. Crump,

This matter has been discussed with the providers in medical, and it has been determined that it is not necessary for you to use the handicapped shower at this time. If you feel that this decision has been made in error, please submit a grievance.

Thank you!
Medical