# Medical Request - #18,607,038

| | | | |
|---|---|---|---|
| From: | STEVEN CRUMP (141041) | Date Submitted: | 02/08/2024 5:43 PM |
| Housing Area: | CB-2A | Date Received: | 02/09/2024 4:11 AM |
| Assigned To: | Medical Request | Status: | **CLOSED** |

Request

# Johnson County Detention Center

**Request for Medical are assessed a fee:**

- Nurse Clinic: $8.00

- Dentist, Doctor, Nurse Practitioner Clinic: $10.00

- Medication, and Refills: $5.00

- Hospitalization: $5.00

- Emergency Room Visit and Referrals to Outside Specialists: $10.00

*[Handwritten notes:] Still waiting for "chronic care". Extreme suffering. Denied ALL CARE*

*[Handwritten:] Case # 23-03036-JWL*

Reading glasses are available to order on commissary. Your family and friends can bring approved reading glasses to the detention. Reading glasses request are subjected to nurse clinic fee.

Your financial ability to pay will not limit your access to medical care, however, if you are indigent, the fee/s will be charged to and deducted from your account when you receive money.

By signing, I acknowledge and agree to the fee/s that may be charged to my request below.

**eSignature**

*Steven crump*

**Please write your Medical Request/Grievance below. (Please be as specific as possible)**

I asked about my chronic care because my spine has been very sensitive and it hurts in an isolated spot where there feels like a knot. I asked to see a spine specialist months ago and was denied. I was put in physical therapy instead. The doctor said to monitor the situation. That I have torn muscles that are interlaced with the spine. The nerve and muscle damage will take a long time to heal. I get that. But what is happening now is a formation on or near my spine. It is hurting more and more. I need to see a spine specialist to know what is happening now at this

moment. Please ask.

Response by **Nurse T. M** on **02/09/2024** at **7:27 AM**

Mr. Crump,
The provider has declined your request to see a spinal specialist. At this time, we are able to diagnose and treat your back pain within the facility. You will not be referred to a specialist.