# Grievance - 4090   (SJM Ref #18,746,536)    Doc. #3

| | | | |
|---|---|---|---|
| From: | STEVEN CRUMP (141041) | Date Submitted: | 02/21/2024 11:03 AM |
| Housing Area: | CB-2A | Date Received: | 02/21/2024 12:03 PM |
| Assigned To: | Sergeant | Status: | **CLOSED** |

### Request

it is the responsibility of this facility to provide adequate medical care. Who is the person with authority to take my wheel chair away? The officer who took it between July 10th-18th told me Management told him to take the chair. Who is Management he was referring to?
I am having complications with my back injury and medical is refusing to do a follow up screening to find out what is wrong. I was forced to hobble through this facility while severely injured causing unnecessary pain and suffering. because of this im having complications. this facility needs to intervene and provide me adequate medical care

### Response by **Sergeant R. Nuss** on **02/23/2024** at **9:46 AM**

Medical staff is who determines if you get a chair or not. I am rejecting this grievance so you can refile it as a medical grievance or request a wheelchair from them.

Whalchair was taken July 8th 2024 and the Sheriff's Office refused to intervene.

wheelchair for my court transport. I need it documented so I don't have to argue with the transport. Officers. Because if I'm not given a wheelchair then I'm not going and I'll have my lawyer explain to the judge why I didn't make it. Sucks, but this is serious. I'd rather be able to walk again then get out of jail. Plus I'm leaving that day after court so this would be medicals last appreciated courtesy. Thank all of you for bringing back from the living dead.

Response by **Nurse M. B** on **11/27/2023** at **11:25 PM**

The doctor was contacted regarding your request. The doctor approved for you to have a wheelchair for court on 12/6/23. The order has been noted in your chart as well.

Crump's wheel chair was taken on July 8th 2023 and it was not until 12-6-23 that he was provided a wheelchair for long distances. Crump was forced to walk about 200 yards a day which caused extreme pain, suffering and tremendous further injury to his damaged spine and legs.

Vital Core removed this permission documentation from Crump's medical record intentionally in May of 2024 out of evil, malicious intentions after Steven Crump was forced into protective custody due to harrassment and assaults from Nurse R. B (Supervisor Becky) and Head Health Administrator (N. B.).

Printed on 03/13/2024 at 10:06 AM               Page 2 of 2