## Medical Request - #18,023,037

| | | | |
|---|---|---|---|
| From: | STEVEN CRUMP (141041) | Date Submitted: | 12/19/2023 12:37 PM |
| Housing Area: | CB-2A | Date Received: | 12/19/2023 2:02 PM |
| Assigned To: | Medical Request | Status: | **CLOSED** |

Request

# Johnson County Detention Center

**Request for Medical are assessed a fee:**

- Nurse Clinic: $8.00

- Dentist, Doctor, Nurse Practitioner Clinic: $10.00

- Medication, and Refills: $5.00

- Hospitalization: $5.00

- Emergency Room Visit and Referrals to Outside Specialists: $10.00

*Handwritten annotation:* Case # 24-CV-03036-JWL

*Handwritten annotation:* Crump had been REFUSED ALL spinal and ankle treatments was BedRidden and In Extreme pain, emotional suffering.

Reading glasses are available to order on commissary. Your family and friends can bring approved reading glasses to the detention. Reading glasses request are subjected to nurse clinic fee.

Your financial ability to pay will not limit your access to medical care, however, if you are indigent, the fee/s will be charged to and deducted from your account when you receive money.

By signing, I acknowledge and agree to the fee/s that may be charged to my request below.

**eSignature**

*Steven Crump*

**Please write your Medical Request/Grievance below. (Please be as specific as possible)**

So this is a chronic care request. I have many pains on my back. One is a stretching/fatigue soreness. One is from nerve damage ands is a SPIKE of tremendous pain. The other one is a swelling/pressure in my spine. Now the actual BONE itself is aching and sensitive to touch. I'm supposed to be getting better, but it seems like my spine is degenerating and my injuries are becoming worse. This sucks. It's been 5 months and I wish I was getting better. I don't know what to do. Can I get it rechecked through xray or ct scan. Something isn't right.

Printed on 03/13/2024 at 10:06 AM                                                            Page 1 of 2

Response by **Nurse M. B** on **12/20/2023** at **12:30 AM**

You have an upcoming chronic care appointment in a couple weeks. If you are wishing to be seen by a nurse in sick call before then, please place another request in to medical.

Putting off treatment - extending pain and suffering. "Chronic care" appointment was set for March of 2024. This is how they deny medical treatment to those who are severely injured. They do not tell you when your chronic care appointment is stating "security concerns", but this is used to keep grievances and lawsuits at bay. In the "minimum standard of care" as long as an inmate has a scheduled appointment the inmate is being treated. Appointments are set out 2-5 months causing extreme suffering and offering zero treatment while the injuries become worse.

At this point Camp had not even been diagnosed for a spinal injury. All examinations by a spine expert had been denied.

# Medical Request - #18,587,175

| | | | |
|---|---|---|---|
| From: | STEVEN CRUMP (141041) | Date Submitted: | 02/07/2024 10:29 AM |
| Housing Area: | CB-2A | Date Received: | 02/07/2024 2:15 PM |
| Assigned To: | Medical Request | Status: | **CLOSED** |

Request

# Johnson County Detention Center

**Request for Medical are assessed a fee:**

- Nurse Clinic: $8.00

- Dentist, Doctor, Nurse Practitioner Clinic: $10.00

- Medication, and Refills: $5.00

- Hospitalization: $5.00

- Emergency Room Visit and Referrals to Outside Specialists: $10.00

*[Handwritten note:] Still waiting for the "chronic care" appointment from Dec 2023. No pain medication, no treatment*

*Case # 23-CV-03036-JWL*

Reading glasses are available to order on commissary. Your family and friends can bring approved reading glasses to the detention. Reading glasses request are subjected to nurse clinic fee.

Your financial ability to pay will not limit your access to medical care, however, if you are indigent, the fee/s will be charged to and deducted from your account when you receive money.

By signing, I acknowledge and agree to the fee/s that may be charged to my request below.

**eSignature**

*Steven Crump*

**Please write your Medical Request/Grievance below. (Please be as specific as possible)**

Do you know when my chronic care appointment is? Im in so much pain. My spine seems to be getting worse.

**Response by Nurse C. Schildknecht on 02/08/2024 at 1:14 AM**

You have an appointment coming up in the next few months. *[Handwritten:] From weeks to months now*

Printed on 03/13/2024 at 10:07 AM

Page 1 of 2

# Medical Request - #18,607,038

| | | | |
|---|---|---|---|
| From: | STEVEN CRUMP (141041) | Date Submitted: | 02/08/2024 5:43 PM |
| Housing Area: | CB-2A | Date Received: | 02/09/2024 4:11 AM |
| Assigned To: | Medical Request | Status: | **CLOSED** |

Request

# Johnson County Detention Center

**Request for Medical are assessed a fee:**

- Nurse Clinic: $8.00

- Dentist, Doctor, Nurse Practitioner Clinic: $10.00

- Medication, and Refills: $5.00

- Hospitalization: $5.00

- Emergency Room Visit and Referrals to Outside Specialists: $10.00

*[Handwritten annotations:]* Still waiting for "chronic Care". Extreme suffering. Denied ALL CARE

Case # 23-03036-JWL

Reading glasses are available to order on commissary. Your family and friends can bring approved reading glasses to the detention. Reading glasses request are subjected to nurse clinic fee.

Your financial ability to pay will not limit your access to medical care, however, if you are indigent, the fee/s will be charged to and deducted from your account when you receive money.

By signing, I acknowledge and agree to the fee/s that may be charged to my request below.

**eSignature**

*Steven crump*

**Please write your Medical Request/Grievance below. (Please be as specific as possible)**

I asked about my chronic care because my spine has been very sensitive and it hurts in an isolated spot where there feels like a knot. I asked to see a spine specialist months ago and was denied. I was put in physical therapy instead. The doctor said to monitor the situation. That I have torn muscles that are interlaced with the spine. The nerve and muscle damage will take a long time to heal. I get that. But what is happening now is a formation on or near my spine. It is hurting more and more. I need to see a spine specialist to know what is happening now at this

moment. Please ask.

Response by **Nurse T. M** on **02/09/2024** at **7:27 AM**

Mr. Crump,
The provider has declined your request to see a spinal specialist. At this time, we are able to diagnose and treat your back pain within the facility. You will not be referred to a specialist.

# Medical Request - #18,632,704

| | | | |
|---|---|---|---|
| From: | STEVEN CRUMP (141041) | Date Submitted: | 02/11/2024 12:54 PM |
| Housing Area: | CB-2A | Date Received: | 02/11/2024 1:55 PM |
| Assigned To: | Medical Request | Status: | **CLOSED** |

Request

# Johnson County Detention Center

**Request for Medical are assessed a fee:**

- Nurse Clinic: $8.00

*Case #23-03036-JWL*

- Dentist, Doctor, Nurse Practitioner Clinic: $10.00

- Medication, and Refills: $5.00

- Hospitalization: $5.00

- Emergency Room Visit and Referrals to Outside Specialists: $10.00

Reading glasses are available to order on commissary. Your family and friends can bring approved reading glasses to the detention. Reading glasses request are subjected to nurse clinic fee.

Your financial ability to pay will not limit your access to medical care, however, if you are indigent, the fee/s will be charged to and deducted from your account when you receive money.

By signing, I acknowledge and agree to the fee/s that may be charged to my request below.

**eSignature**

*Steven Crump*

**Please write your Medical Request/Grievance below. (Please be as specific as possible)**

I need to see medical about my spine. Something isn't right. Its not healing

Response by **Nurse T. M** on **02/12/2024** at **3:26 PM**

Seen in sick call.
Mr. Crump,

Printed on 03/13/2024 at 10:07 AM                                                     Page 1 of 2

I spoke with the provider, however, it was not the provider who is assigned to your case. Therefore, per the provider I spoke with, we have scheduled a chart review for Dr Stanton tomorrow to review your chart and determine whether to order any further imagining and/or a second mattress. You should hear something by tomorrow evening regarding this.

Nothing was done. Everything was refused

# Grievance - 4050   (SJM Ref #18,659,762)

| | | | |
|---|---|---|---|
| From: | STEVEN CRUMP (141041) | Date Submitted: | 02/13/2024 4:17 PM |
| Housing Area: | CB-2A | Date Received: | 02/14/2024 4:35 PM |
| Assigned To: | Medical Grievance | Status: | **CLOSED** |

Request

# Johnson County Detention Center

**Request for Medical are assessed a fee:**

*Case # 23-CV-03036-JWL*

- Nurse Clinic: $8.00

- Dentist, Doctor, Nurse Practitioner Clinic: $10.00

- Medication, and Refills: $5.00

- Hospitalization: $5.00

- Emergency Room Visit and Referrals to Outside Specialists: $10.00

Reading glasses are available to order on commissary. Your family and friends can bring approved reading glasses to the detention. Reading glasses request are subjected to nurse clinic fee.

Your financial ability to pay will not limit your access to medical care, however, if you are indigent, the fee/s will be charged to and deducted from your account when you receive money.

By signing, I acknowledge and agree to the fee/s that may be charged to my request below.

**eSignature**

*Steven crump*

**Please write your Medical Request/Grievance below. (Please be as specific as possible)**

I was brought here after being attacked by the olathe police for not having committed a crime. Since then I've been completely neglected. Before I could even walk my wheel chair was taken. My leg rot to the point it stank of decay. My spine is severely injured and I was forced to limp around like that for 5 months before I was even given a damn cane to help me walk. The cop rotated my ankle and threw all his weight down on it which tore the ligaments and tendon off the bone. It just rolls around my ankle. No wonder I can't use my ankle in physical therapy I'm

taking for my back injury. I've told medical about this injury and the practioner decided not to treat the injury. A complete indifference to a life altering injury that has left me crippled. I was given a ct scan not an MRI for my back. That scan was for cracks of the spine. I was shot on my spine with a shotgun non lethat round from a close proximity that according to the law would be considered potentially deadly. And this facility and this medical provider have given me zero medical help. I'm in disabling pain 24 hrs a day and have been for 7 months and none of you people give a damn. Most of you find it funny that I was shot by a non lethal round. Oh its noi that serious, come on. Its a non lethal round. What I've been given here is cruel and unusual punishment. Being forced to lay on a solid bunk with a severe spine injury. Being forced to walk with that spine injury, my leg rotting and mutilated and my ankle destroyed with the tendons, ligaments thrashed. This facility and the provider is on notice that you're negligence, deliberate indifference has caused me severe suffering and permanent injury. You are liable for cruelty, suffering and lack of medical care.

### Response by **Health Service Administrator N. B** on **02/22/2024** at **3:46 PM**

Thank you for taking the time to speak with me yesterday.

Per our conversation, I went over each encounter with you since your arrival to this facility on 07/05/2024.

You were seen and assessed by our nurse practitioners four times related to the above complaints. (7/5/2023, 7/12/2023, 7/26/2023, 7/31/2023)

You were seen and assessed by the medical director seven times regarding the above complaints (8/15/2023, 8/18/2023, 9/8/2023, 10/10/2023, 11/7/2023, 1/9/2024, 2/16/2024)

Physical therapy was started for you in which you underwent 14 sessions.

Education was provided to you regarding the importance of being compliant on medications and to continue back exercises.

*[Handwritten annotation with arrow pointing to next paragraph: "FALSE STATEMENT - I did not agree to treatment I did not receive."]*

The allegations you mentioned above, you agreed were not true. I understand your frustration on the assistive devices. On 7/5/2023 you were given the wheelchair specifically to use once your blisters on both feet were healed. You mentioned that the Sheriff's Office took away the wheelchair. Upon a chart review, on 7/20/2023 the provider concluded the wheelchair was no longer medically needed as the blisters on your feet were healed and you had been walking independently to medical without the use of the wheelchair.

As mentioned in our conversation, your attorney can request all medical records if you wish. If you would like to go that route, please place a medical request form in and we will have you sign a release of information. Once signed, please call 913-715-5100 and have him/her ask for medical records to start the records request process.

You mentioned several times complaints on the arresting agency and Overland Park Regional. Medical (Vital Core) does not have any say or action on what happened prior to you coming into this facility.

Lastly,

We spoke about respect on the kiosk. I appreciate your apology. I also have noted you took your

morning medications today. Thank you.

Please give these medications some time to work. The Cymbalta you were recently ordered takes a minimum of 2-3 weeks to work. This is why it's VERY important to be compliant.

Again, Please reach back out to medical via request if your symptoms are not improving.

Thank you.

- N.B. secretly recorded me with ambush questions about medical treatment I never received. She tried to get me to agree that my spine injury had been treated by Crump "being seen in medical". Nothing was treated. Nurses only make notes on the "Chart" for Dr. Stanton to review.

This is where N.B. talks Crump into taking Cymbalta after Crump told her of severe side effects and that the medication did nothing for pain.

Cymbalta is a psychiatric drug. Not a pain med. This is the 3rd blood pressure medication Crump was put on. Dr. Stanton knew Crump was already taking two other blood pressure medications for anxiety, but prescribed Crump a 3rd. This was unhealthy, dangerous and almost killed Crump. Crump suffers from heart problems now and digestive problems, extreme dizzy spells.