# UNITED STATES DISTRICT COURT

## District For Kansas

Steven Crump,

Plaintiff,

V Case No 24-03036

Unified Gov of Jo. Co., et al,

Defendant.

AFFIDAVIT

The Plaintiff, Steven Crump, confirms that the information included in this affidavit is TRUE.

The following attachment are to be included with the MOTION FOR PARTIAL SUMMARY JUDGMENT on Claim IX ADA Violation filed with the court.

EXHIBITS TO BE INCLUDED:

EXHIBIT ADA 1.

1. DR. Stanton (HCP) issued Steven Crump a wheelchair on 7-05-2023 without a physical examination
2. Lora Neely is a NURSE and practiced beyond her capabilities when she discontinued Steven Crump's use of a wheelchair on 7-08-2023 without adequate examination or diagnosis of his injuries. Neely is not licensed to make diagnosis and is NOT a spine specialist. She was fully aware of Steven Crump's back injury when she prescribed flexerol, but no further examination.
3. Kathleen Calloway on 7-08-2023 took Steven Crump's wheelchair and practiced above her capabilities as a NURSE when she performed an assessment and diagnosed Steven Crump as not disabled, not injured when Steven Crump was severely injured and unable to walk.
4. The Vital Core staff demonstrated deliberate indifference to Steven Crump's report of spinal and leg injury, his inability to walk without extreme pain and took his wheelchair after Steven Crump demanded medical attention.

EXHIBIT ADA 2

1. After 5 months of extreme pain and further injury from being forced to walk while disabled Dr. Stanton approved wheelchair use for long distances to court only. The wheelchair was never returned. Steven Crump FORCED to walk 200 yards a day.
2. This proves that Steven Crump needed a wheelchair and Vital Core Policy denied that wheelchair while the staff abused their discretionary power by refusing Steven Crump wheelchair use.

EXHIBIT ADA 3

1. List of cells Steven Crump was housed in. None of these cells are handicap cells and Steven Crump demanded to be moved to a handicap cell, but was instead moved to a regular cell.
2. Steven Crump was never provided a handicap cell. The Sheriff's Office and Vital Core Staff were deliberately indifferent to Steven Crump's well-known disabilities and injuries.

EXHIBIT ADA 4

1. Dr Stanton is NOT a spine specialist and refused to treat Steven Crump's injuries.
2. Vital Core assured Steven Crump that Dr. Stanton was perfectly capable of treating his spinal injury.
3. Vital Core affirmed that they were capable of handling Steven Crump's injuries IN-HOUSE.
4. Steven Crump NEVER received treatment for his spinal injury IN-HOUSE.

EXHIBIT ADA 5

1. After 9 months of no treatment Steven Crump was diagnose with a bent spine from the 12 gauge shot gun non-lethal round impacting his SPINE. Dr. Stanton and Vital Core employees were deliberately indifferent and intentionally failed to provide proper diagnosis for 9 months.
2. Dr Stanton and Vital Core Employees attempted to blame Steven Crump's spinal injury on a birth defect. Completely complacent to Steven Crump being shot in the spine.
3. Steven Crump's spine is "BENT" directly at the impact point of the 12 gauge non-lethal round.
4. Dr. Stanton and Vital Core REFUSED to allow Steven Crump to see an actually spine doctor.

EXHIBIT ADA 6

1. Vital Core's Managers stopped responding to Steven Crump's grievances in October of 2023 and his demands for accommodations to his disabilities. Steven Crump exhausted the grievance process.

2. Dr. Stanton (HCP) denied Steven Crump a cane and extra mattress for back support without even physically examining him or having examinations completed on his spine.
3. Steven Crump was locked in isolation with NO accommodations to his injuries and Dr Stanton only went off the notes provided to him by the Nurses. A chart REVIEW without physical in-person examination.

EXHIBIT ADA 7

1. Dr. Stanton, Vital Core Staff, Sheriff's Office were deliberately indifferent to Steven Crump's injuries while acknowledging his disabilities and injuries.
2. After 9 months of EXTREME pain and unnecessary suffering Dr. Stanton ordered and MRI. This proves the WAIT AND SEE policy of Vital Core.
3. Dr Stanton went against the recommendations of the Orthopedic Spine specialist and denied Steven Crump a back brace while self- determining no further treatment necessary.
4. Steven Crump is NOW 100% disabled and unable to function normally in life.

EXHIBIT ADA 8

1. Supervisor Rebecca Wall demonstrated deliberate indifference to Steven Crump's injuries and chose to include herself in on his Doctor appointment.
2. Rebecca Wall told DR. Stanton that she knows Steven Crump does not have a spine injury because she had a spine injury and would no.
3. Rebecca Wall is a nurse and practiced beyond her capabilities when she convinced Dr. Stanton to NOT request further examination and examination by a spine specialist.
4. Rebecca Wall injected herself in on the appointment to repeatedly dismiss Steven Crump's spinal injury while attempting in every way to manipulate Steven Crump in to not pursuing further treatment.
5. Because Rebecca Wall sat in the meeting Steven Crump was denied all treatment based on HER OPINION.

EXHIBIT ADA 9

1. After having exhausted the grievances and medically abandoned by DR. Stanton, Vital Core, Sheriff's Office Steven Crump continued to plead for help.
2. Due to being blocked on grievances and having VP Jennifer Ehlrich take control of Steven Crump's case he was forced to send in medical request which were automatically denied DUE TO MANAGEMENT ORDERS.

EXHIBIT ADA 10

1. DUE TO MANAGEMENT ORDERS, Vital Core Policy Steven Crump's pleas for help go unanswered and dismissed.
2. Management and Dr Stanton were completely complacent to Steven Crump's serious, severe injuries and suffering.

EXHIBIT ADA 11

1. SGT Nuss is in charge of grievances and is authorized to speak on behalf of the Sheriff's Office. SGT Nuss confirms that all medical duties are delegated to Vital Core, Viola Riggins.
2. Sheriff's Office Defendants were completely complacent and deliberately indifferent to the inadequate medical treatment and the extreme injury and suffering being caused to Steven Crump.
3. Calvin Hayden has trained his employees NOT to intervene on unconstitutional practices of Vital Core.
4. Calvin Hayden has created policy that Sheriff's Office employees are NOT to provide any medical support or assistance.

EXHIBIT ADA 12

1. After 5 months of dragging his broken body 200 yards a day which caused extreme suffering and injury Dr. Stanton approves a wheel chair ONLY to go to the court house.
2. Vital Core and Dr. Stanton only approved the wheelchair for court purposes so that the court wouldn't become aware of the abuse and mistreatment Steven Crump was receiving while in the JCADC.

EXHIBIT ADA 13

1. Steven Crump in October of 2023 exhausted his grievances and was NOT provided accommodations to his injuries for multiple months after the fact.
2. If Dr. Stanton, Vital Core Staff, Sheriff's Office Staff would have not been complacent, not been deliberately indifferent, would have accommodated Steven Crump's injuries and disabilities Steven Crump would NOT have suffered extreme pain, further injury that has now left him 100% disabled.
3. Vital Core states that Steven Crump was assessed on the dates included. Steven Crump was sat in a chair, asked what was wrong with him and then sent back to his cell. There was NEVER a physical examination.
4. Dr. Stanton (HCP) told Steven Crump that they would monitor the situation as a Wait And See Policy of Vital Core.
5. Steven Crump's diagnostic imaging was performed IN-HOUSE in order to safe profit by not sending him off-site.
6. Dr. Stanton who is NOT a spine doctor was the person to examining the images and recommend no further action.
7. The Vital Core Defendants Rebecca Wall, Nicole Balcius practiced beyond their capabilities after they reviewed the images and informed the Vital Core staff to dismiss Steven Crumps' complaints and to not escalate his reports of suffering and further injury.

STEVEN CRUMP WAS MEDICALLY ABANDONED and not accommodated for his disabilities.

The Defendant failed to provide Steven Crump accommodations after acknowledging his injuries. The Defendants were well aware of the suffering and injury being done to Steven Crump, but chose to continue the abuse while instructing all other employees to do the same. Vital Core Staff and Sheriff's Office Staff were specifically told that Steven Crump was NOT to receive treatment and his complaints were not to be escalated.

STEVEN CRUMP DEMANDS FULL RECOVERY OF THE AWARDS REQUESTED IN THE MOTION FOR PARTIAL SUMMARY JUDGMENT- CLAIM IX ADA VIOLATION

CERTIFICATE OF SERVICE

I certify that I sent the following affidavit via email to the Court Clerk on Jan 28th, 2025 to be electronically filed and delivered to:

Kirk Ridgway kridgway@fpsslaw.com

Sarah Wood swood@nkfirm.com

All participants in the electronic notifications

SUBMITTED BY

Steven Crump StevenCrumplaw@gmail.com

| | | | | | |
|---|---|---|---|---|---|
| 23006334 | Chronic Care Follow-up - CC-2.0 | SHORT TERM: | N/A | Stanton, Danny | 04-02-2024 3:23 pm |
| 23006334 | Chronic Care Follow-up - CC-2.0 | SHORT TERM: | N/A | Stanton, Danny | 04-02-2024 3:23 pm |
| 23006334 | Chronic Care Follow-up - CC-2.0 | SHORT TERM: | N/A | Stanton, Danny | 04-02-2024 3:23 pm |
| 23006334 | Chronic Care Follow-up - CC-2.0 | SHORT TERM: | N/A | Stanton, Danny | 04-02-2024 3:23 pm |
| 23006334 | Chronic Care Follow-up - CC-2.0 | Disease process / abnormal labs: | Discussed Disease process | Stanton, Danny | 04-02-2024 3:23 pm |
| 23006334 | Chronic Care Follow-up - CC-2.0 | Medication Management (purposes, side effects): | Discussed | Stanton, Danny | 04-02-2024 3:23 pm |
| 23006334 | Chronic Care Follow-up - CC-2.0 | Exercise: | Discussed | Stanton, Danny | 04-02-2024 3:23 pm |

## Patient History Forms

| Booking Number | Form Name | Form Item | Item Response | Interviewer | Interview Date |
|---|---|---|---|---|---|
| 23006334 | Communication of Special Needs - SN-1.0 | Housing Recommendations: | Return to General Population: no housing restrictions | Rosenberg, Kimbra A | 07-05-2023 4:02 am |
| 23006334 | Communication of Special Needs - SN-1.0 | Housing Recommendations: | Medical Isolation - Contact (state duration in notes section if known): (Med seg for wounds) | Rosenberg, Kimbra A | 07-05-2023 4:25 am |
| 23006334 | Communication of Special Needs - SN-1.0 | Select all that apply: | Requires medical supplies (dressing and gauze wrap on leg) | Rosenberg, Kimbra A | 07-05-2023 4:25 am |
| 23006334 | Communication of Special Needs - SN-1.0 | Medical Equipment Issued: Notate Duration in Notes Section | Wheelchair (PER HCP, PATIENT APPROVED FOR WHEELCHAIR USE UNTIL BLISTERS ON BOTH FEET ARE HEALED.) | Neely, Lora | 07-05-2023 11:23 am |
| 23006334 | Communication of Special Needs - SN-1.0 | Select all that apply: | Requires medical devices or appliances | Neely, Lora | 07-05-2023 11:23 am |
| 23006334 | Communication of Special Needs - SN-1.0 | Housing Recommendations: | Lower Level/Bottom Bunk Temporary (notate duration in notes) (x14 days, then reassess need for wheelchair) | McKeel, Tiffany | 07-07-2023 7:32 am |
| 23006334 | Communication of Special Needs - SN-1.0 | Housing Recommendations: | Return to General Population: no housing restrictions (Cleared from MED-ISO ) | Calloway, Kathleen | 07-08-2023 7:28 pm |
| 23006334 | Communication of Special Needs - SN-1.0 | Medical Equipment Issued: Notate Duration in Notes Section | Wheelchair (Returned to medical ) | Calloway, Kathleen | 07-08-2023 7:28 pm |
| 23006334 | Communication of Special Needs - SN-1.0 | Medical Equipment Issued: Notate Duration in Notes Section | Other (specify): (Returned to medical ) | Calloway, Kathleen | 07-08-2023 7:28 pm |
| 23006334 | Communication of Special Needs - SN-1.0 | Medical Equipment Issued: Notate Duration in Notes Section | DISCONTINUE WHEELCHAIR USE. NO LONGER MEDICALLY INDICATED. BLISTERS ON FEET HAVE HEALED AND PATIENT HAS BEEN WALKING DOWN TO MEDICAL. | Neely, Lora | 07-20-2023 1:51 pm |
| 23006334 | Communication of Special Needs - SN-1.0 | Housing Recommendations: | Medical Isolation - Contact (state duration in notes section if known): (r/t wound culture results per HCP) | Flaherty, Whitney | 07-31-2023 1:06 pm |

Crump medical file p. 69

Ex ADA1

wheelchair for my court transport. I need it documented so I don't have to argue with the transport. Officers. Because if I'm not given a wheelchair then I'm not going and I'll have my lawyer explain to the judge why I didn't make it. Sucks, but this is serious. I'd rather be able to walk again then get out of jail. Plus I'm leaving that day after court so this would be medicals last appreciated courtesy. Thank all of you for bringing back from the living dead.

Response by **Nurse M. B** on **11/27/2023** at **11:25 PM**

The doctor was contacted regarding your request. The doctor approved for you to have a wheelchair for court on 12/6/23. The order has been noted in your chart as well.

EX ADA2

Case 5:24-cv-03036-JWL Document 27-32 *SEALED* Filed 06/10/24 Page 1 of 1

# Johnson County Adult Detention Center

## Inmate Housing

Inmate Name: ***CRUMP, STEVEN HARLEY***

CFN: ***141041*** Booking No.: ***23006334*** Unit/Cell: ***2D/2***

| Date | Unit | Cell | Reason |
|---|---|---|---|
| 05/08/2024 - 12:37 | 2D | 2 | PC |
| 04/20/2024 - 18:20 | 2A | 34 | WATER IN CELL |
| 12/15/2023 - 17:30 | 2A | 16 | DISABILITY, UNABLE TO STAND AT DOOR FOR WIFI |
| 10/29/2023 - 14:49 | 2A | 6 | WATER IN CELL |
| 07/11/2023 - 12:33 | 2A | 16 | 1389 |
| 07/05/2023 - 02:03 | 3A | 46 | PRECLASS |
| 07/04/2023 - 22:54 | BL | 1 | NEW ADMIT |

EX ADA3

Crump housing p. 1

# Medical Request - #18,654,586

EX ADA4

| | | | |
|---|---|---|---|
| From: | STEVEN CRUMP (141041) | Date Submitted: | 02/13/2024 11:07 AM |
| Housing Area: | CB-2A | Date Received: | 02/13/2024 6:10 PM |
| Assigned To: | Medical Request | Status: | **CLOSED** |

Request

# Johnson County Detention Center

**Request for Medical are assessed a fee:**

- Nurse Clinic: $8.00

Case # 23-CV-03036-JWL

- Dentist, Doctor, Nurse Practitioner Clinic: $10.00
- Medication, and Refills: $5.00
- Hospitalization: $5.00
- Emergency Room Visit and Referrals to Outside Specialists: $10.00

Reading glasses are available to order on commissary. Your family and friends can bring approved reading glasses to the detention. Reading glasses request are subjected to nurse clinic fee.

Your financial ability to pay will not limit your access to medical care, however, if you are indigent, the fee/s will be charged to and deducted from your account when you receive money.

By signing, I acknowledge and agree to the fee/s that may be charged to my request below.

**eSignature**

steven crump

**Please write your Medical Request/Grievance below. (Please be as specific as possible)**

i am supposed to talk with Dr Stanton today. Either my back need properly diagnosed and treated or I need a new provider. 7 months and i am in pain and suffering 24 hrs a day. i cant sleep more than 1hr at a time. this is driving me insane

Response by **Nurse R. W** on **02/14/2024** at **9:20 AM**

EX ADA4

Mr. Crump, you have been scheduled with the provider this week to discuss this further. Dr. Stanton is our medical director, so I assure you that you are in the best hands.

Did NOT see Dr. Stanton. Stanton Did Chart review.

# Grievance - 4607 (SJM Ref #19,521,204)

EX ADA 5

| | | | |
|---|---|---|---|
| From: | STEVEN CRUMP (141041) | Date Submitted: | 04/26/2024 6:33 PM |
| Housing Area: | CB-2A | Date Received: | 04/26/2024 11:55 PM |
| Assigned To: | Medical Grievance | Status: | **CLOSED** |

Request

# Johnson County Detention Center

**Request for Medical are assessed a fee:**

- Nurse Clinic: $8.00
- Dentist, Doctor, Nurse Practitioner Clinic: $10.00
- Medication, and Refills: $5.00
- Hospitalization: $5.00
- Emergency Room Visit and Referrals to Outside Specialists: $10.00

Reading glasses are available to order on commissary. Your family and friends can bring approved reading glasses to the detention. Reading glasses request are subjected to nurse clinic fee.

Your financial ability to pay will not limit your access to medical care, however, if you are indigent, the fee/s will be charged to and deducted from your account when you receive money.

By signing, I acknowledge and agree to the fee/s that may be charged to my request below.

**eSignature**

Steven Crump

**Please write your Medical Request/Grievance below. (Please be as specific as possible)**

I was shot I my spine. The injury was never addressed, never provided for and this injury caused my spine to twist and turn into scoliosis. I've been denied all forms of traditional treatment that would have prevented this further, life altering injury of scoliosis. I request a back brace immediately to prevent further harm, I need a spine specialist, a chiropractor to reset my dislocated spine. I need an extra mattress to help alleviate the hard pressure on my spine. I'm in tremendous suffering 24 hrs a day and I have been for ten months. Under Dr Stanton and Vital

Core care I have become permanently crippled. I have been given zero help for my spine injury. This is my last grievance of exhaustion before I take this to the next stage. You must respond.

Response by **Nurse W. F** on **04/30/2024** at **3:42 AM**

Mr. Crump,

Your injury was addressed in several visits with the provider. You were given medication, physical therapy and further diagnostic testing, with an independent facility, when your pain was unresolved. Additionally, your spine is not dislocated. Scoliosis is a very common condition which people are able to lead long, healthy lives with. While some cases of scoliosis may require a back brace, your case is characterized by the outside provider as being mild. Based on the results of your MRI, a referral to an outside specialist is not indicated.

Grievance not sustained.

EXHIBIT ADA5

DENIED WALKING CANE + Mattress

# Medical Request - #17,438,332

| | | | |
|---|---|---|---|
| From: | STEVEN CRUMP (141041) | Date Submitted: | 10/30/2023 3:07 PM |
| Housing Area: | CB-2A | Date Received: | 10/30/2023 8:17 PM |
| Assigned To: | Medical Request | Status: | **CLOSED** |

EXHIBIT ADA 6

Request

# Johnson County Detention Center

**Request for Medical are assessed a fee:**

- Nurse Clinic: $8.00
- Dentist, Doctor, Nurse Practitioner Clinic: $10.00
- Medication, and Refills: $5.00
- Hospitalization: $5.00
- Emergency Room Visit and Referrals to Outside Specialists: $10.00

Reading glasses are available to order on commissary. Your family and friends can bring approved reading glasses to the detention. Reading glasses request are subjected to nurse clinic fee.

Your financial ability to pay will not limit your access to medical care, however, if you are indigent, the fee/s will be charged to and deducted from your account when you receive money.

By signing, I acknowledge and agree to the fee/s that may be charged to my request below.

**eSignature**

Steven Crump

**Please write your Medical Request/Grievance below. (Please be as specific as possible)**

My grievance hasn't been addressed from the 24th October nor do I have a walking cane or double mattress. I'm trying to get healthy enough to walk like a normal Person.

Response by **Nurse M. B** on **10/30/2023** at **8:28 PM**

Our nurse manager is the one that deals with and responds to the grievances.

EXHIBIT ADA 6

They did ask the HCP about a second mattress or a cane and they did not approve it at this time.

EXHIBIT ADA 6

## Grievance - 4218 (SJM Ref #18,912,420)

EXHIBIT ADA7

| | | | |
|---|---|---|---|
| From: | STEVEN CRUMP (141041) | Date Submitted: | 03/06/2024 11:29 AM |
| Housing Area: | CB-2A | Date Received: | 03/11/2024 12:07 PM |
| Assigned To: | Medical Grievance | Status: | **CLOSED** |

Request

# Johnson County Detention Center

**Request for Medical are assessed a fee:**

- Nurse Clinic: $8.00
- Dentist, Doctor, Nurse Practitioner Clinic: $10.00
- Medication, and Refills: $5.00
- Hospitalization: $5.00
- Emergency Room Visit and Referrals to Outside Specialists: $10.00

Reading glasses are available to order on commissary. Your family and friends can bring approved reading glasses to the detention. Reading glasses request are subjected to nurse clinic fee.

Your financial ability to pay will not limit your access to medical care, however, if you are indigent, the fee/s will be charged to and deducted from your account when you receive money.

By signing, I acknowledge and agree to the fee/s that may be charged to my request below.

**eSignature**

Steven crump

**Please write your Medical Request/Grievance below. (Please be as specific as possible)**

The doctor ordered more testing. What I need is to be seen by a spine specialist. Taking another CT SCAN is less likely to diagnose any problems that I'm having. I need a specialized Doctor to examine my spine.

Response by **Health Service Administrator N. B** on **03/11/2024** at **12:10 PM**

EXHIBIT ADA7

You were seen and assessed by the medical director on 3/5/2024.

During that visit, you have been orders an MRI of Thoracic and Lumbar spines. Due to security measures, we are unable to give you the date or location.

You will have a follow-up with Dr. Stanton to review the results. The medical director is fully aware of your case and will make the appropriate referrals.

Thank you.

# Medical Request - #18,666,833

EXHIBIT ADA8

| | | | |
|---|---|---|---|
| From: | STEVEN CRUMP (141041) | Date Submitted: | 02/14/2024 10:14 AM |
| Housing Area: | CB-2A | Date Received: | 02/14/2024 2:58 PM |
| Assigned To: | Medical Request | Status: | **CLOSED** |

Request

# Johnson County Detention Center

**Request for Medical are assessed a fee:**

Case # 23-CV-03036-JWL
Denied Treatment
Prolonged "chronic care"

- Nurse Clinic: $8.00
- Dentist, Doctor, Nurse Practitioner Clinic: $10.00
- Medication, and Refills: $5.00
- Hospitalization: $5.00
- Emergency Room Visit and Referrals to Outside Specialists: $10.00

Reading glasses are available to order on commissary. Your family and friends can bring approved reading glasses to the detention. Reading glasses request are subjected to nurse clinic fee.

Your financial ability to pay will not limit your access to medical care, however, if you are indigent, the fee/s will be charged to and deducted from your account when you receive money.

By signing, I acknowledge and agree to the fee/s that may be charged to my request below.

**eSignature**

Steven crump

**Please write your Medical Request/Grievance below. (Please be as specific as possible)**

I'm being 100% honest. I've not been IN GOOD HANDS from the start. You all saw my leg, you all knew I had a severe back injury yet took my wheelchair and denied me a second mattress stating that only people with back injuries get second mattresses. 7 months later I'm in physical therapy for my back injury and some not so bright person says I don't need a second mattresses cause my chart from 7 months ago shows no injury just normal wear and tear. I can't even sit up straight. I've been bed ridden because I can't stand or even walk far and you people say I'm in good hands. 5 months I drag myself around in severe pain before I got a cane and nobody seems

to think, maybe this guys telling us the truth. 7 months for 24 hrs a damn day I am in severe pain. 7 fucking months is a long damn to be hurting every second, every minute. And you say I'm in good hands. I'd truly hate to see what you would consider in Bad Hands. Is it a wish for the cruelty to persist until an inmate takes his own life? Does the provider get bonus awards for incidental deaths caused by lack of medical care? Is this whole system comprised of saddistic people like the ones who caused my injury? Intolerable.I don't want anything do to with the PROVIDER who is making such deliberate indifferent choices about my injures. You can't just cross your fingers and hope for the best when it comes to providing proper medical care. This is bullshit.

EXHIBIT ADA8

Response by **Nurse R. W** on **02/14/2024** at **3:33 PM**

Mr. Crump, as discussed in person you are scheduled with the provider this week. I will be sure to be in the room during your consultation so that I can ensure you are being heard and every concern is addressed during this visit. It is highly encouraged that you pick up your physical therapy exercises to help reduce any and all pain possible. Please let me know any questions you may have by placing a medical request asking for the charge nurse. Your health and wellbeing are very important to us. We will do what I can to make sure you are being cared for in the best possible way.

This is Supervisor Becky. Becky intervened on not an actual visit with Dr. Stanton to be examined, but by video. Becky tried convincing Crump he did not have a spine injury, that it was all in his mind. She is unqualified to make diagnosis, but insisted on influencing Dr. Stanton to refuse Crump any treatment other than over-the-counter meds. Becky never examined Crump. She just talked. Asked Crump what kind of pain he felt then decided Crump had no spine injury. Crump ended up having severe, EXTREME spinal injury of scoliosis, sclerosis and and a bent spine from a sepurated spinal injury.

EXHIBIT ADA8

Becky had Crump wrote up and locked in isolation for this grievance in order to silence Crump's grievances and freedom of speech.

# Medical Request - #19,475,116

EXHIBIT ADA 9

| | | | |
|---|---|---|---|
| From: | STEVEN CRUMP (141041) | Date Submitted: | 04/23/2024 10:47 AM |
| Housing Area: | CB-2A | Date Received: | 04/23/2024 1:49 PM |
| Assigned To: | Medical Request | Status: | **CLOSED** |

Request

# Johnson County Detention Center

**Request for Medical are assessed a fee:**

- Nurse Clinic: $8.00
- Dentist, Doctor, Nurse Practitioner Clinic: $10.00
- Medication, and Refills: $5.00
- Hospitalization: $5.00
- Emergency Room Visit and Referrals to Outside Specialists: $10.00

Reading glasses are available to order on commissary. Your family and friends can bring approved reading glasses to the detention. Reading glasses request are subjected to nurse clinic fee.

Your financial ability to pay will not limit your access to medical care, however, if you are indigent, the fee/s will be charged to and deducted from your account when you receive money.

By signing, I acknowledge and agree to the fee/s that may be charged to my request below.

**eSignature**

Steven crump

**Please write your Medical Request/Grievance below. (Please be as specific as possible)**

I am requesting a second mattress and a back brace. I've had a ct scan last September and multiple back xrasys and examination through out my life and I've never not a once been diagnosed with scoliosis nor degenerative spine disease. I need everything to help my back at this point

EXHIBIT ADA9

Response by **Nurse R. W** on **04/24/2024** at **10:36 AM**

Neither of these were approved by Dr. Stanton as it is not deemed medically necessary at this time. If you have any further questions or concerns, please submit a medical grievance. If you need to be seen in sick call, then place a medical request.

Steven Crump was denied a back brace, extra mattress the entire time of his incarceration.

Steven Crump was denied a walking cane and wheelchair use until Dec. of 2023, 5 months.

# Medical Request - #18,711,085

EXHIBIT ADA10

| | | | |
|---|---|---|---|
| From: | STEVEN CRUMP (141041) | Date Submitted: | 02/18/2024 10:22 AM |
| Housing Area: | CB-2A | Date Received: | 02/18/2024 10:39 AM |
| Assigned To: | Medical Request | Status: | **CLOSED** |

Request

# Johnson County Detention Center

**Request for Medical are assessed a fee:**

- Nurse Clinic: $8.00
- Dentist, Doctor, Nurse Practitioner Clinic: $10.00
- Medication, and Refills: $5.00
- Hospitalization: $5.00
- Emergency Room Visit and Referrals to Outside Specialists: $10.00

Reading glasses are available to order on commissary. Your family and friends can bring approved reading glasses to the detention. Reading glasses request are subjected to nurse clinic fee.

Your financial ability to pay will not limit your access to medical care, however, if you are indigent, the fee/s will be charged to and deducted from your account when you receive money.

By signing, I acknowledge and agree to the fee/s that may be charged to my request below.

**eSignature**

Steven Crump

**Please write your Medical Request/Grievance below. (Please be as specific as possible)**

I am requesting an outside examination and diagnosis by a Professional Doctor who specializes in Spine/Back injuries. Someone experienced with Bone, cartilage, nerves, ligament, tendon and soft tissue damage. I need my ankle properly diagnosed because the cop severed the tendon/ligaments from the bone. I need my spine properly diagnosed because medical has informed me that the Provider reports that I've never had a spinal injury. I was shot directly in my spine with a shot gun round. Professional witnesses, I.e. doctors, back surgeons, have

reported organ failure and death as a result from being shot at the proximity that I was shot. With in 15 ft. In one case the shotgun round punch a hole through a mans chest plate. It is medically infeasible that I could be shot in my spine by a 12 gauge shot gun round and not suffer a spinal injury. It shocks the conscious to hear medical and the Provider tell me that the round caused absolutely no damage to my spine and the only back injury occurred was a muscle strain that can be fixed by taking multiple blood thinners and core exercises, sit ups and crunches. What is happening is a conspiracy between Management of this facility, medical staff and the Provider to cover up my injuries caused by police brutality. Every time I complain about not being medically treated the Management in this Facility retaliate by locking me down, restricting my religious practices, taking my wheel chair or putting me on medical segregation. My injuries are not documented and I'm given blood pressure medication for pain relief. On record I've never had any injuries because medical refuses to acknowledge my wrist, ankle and spine injury. By not diagnosing and recording my injuries they never existed. Giving me blood pressure meds does not indicate that I have chronic injury and suffering from pain. Just shows I have a blood pressure problem which I do not. Prescribing me actual pain medication for Pain would show a paper trail of chronic injury. This is not a recommendation, I am not asking you people Please anymore. I'm telling you that I demand an outside examination and that it is my legal right to do so. The negligence and deliberate indifference is causing me extensive pain and unnecessary suffering. Because I'm not properly diagnosed I'm not treated correctly and I'm being given meds that cause more bodily injury and side effects than my original injuries from the Cops attacking me. I need to see a SPECIALIST

Response by **Nurse T. M** on **02/19/2024** at **7:09 AM**

This request has been addressed and you have been denied a specialist appointment. This has been passed on to management.

EXHIBIT ADA10

# Grievance - 4090 (SJM Ref #18,746,536)

EXHIBIT ADA11

| | | | |
|---|---|---|---|
| From: | STEVEN CRUMP (141041) | Date Submitted: | 02/21/2024 11:03 AM |
| Housing Area: | CB-2A | Date Received: | 02/21/2024 12:03 PM |
| Assigned To: | Sergeant | Status: | **CLOSED** |

## Request

it is the responsibility of this facility to provide adequate medical care. Who is the person with authority to take my wheel chair away? The officer who took it between July 10th-18th told me Management told him to take the chair. Who is Management he was referring to?
I am having complications with my back injury and medical is refusing to do a follow up screening to find out what is wrong. I was forced to hobble through this facility while severely injured causing unnecessary pain and suffering. because of this im having complications. this facility needs to intervene and provide me adequate medical care

## Response by **Sergeant R. Nuss** on **02/23/2024** at **9:46 AM**

Medical staff is who determines if you get a chair or not. I am rejecting this grievance so you can refile it as a medical grievance or request a wheelchair from them.

wheelchair for my court transport. I need it documented so I don't have to argue with the transport. Officers. Because if I'm not given a wheelchair then I'm not going and I'll have my lawyer explain to the judge why I didn't make it. Sucks, but this is serious. I'd rather be able to walk again then get out of jail. Plus I'm leaving that day after court so this would be medicals last appreciated courtesy. Thank all of you for bringing back from the living dead.

Response by **Nurse M. B** on **11/27/2023** at **11:25 PM**

The doctor was contacted regarding your request. The doctor approved for you to have a wheelchair for court on 12/6/23. The order has been noted in your chart as well.

Crump's wheelchair was taken on July 8th 2023 and it was not until 12-6-23 that he was provided a wheelchair for long distances. Crump was forced to walk about 200 yards a day which caused extreme pain, suffering and tremendous further injury to his damaged spine and leg.

Vital Core removed this permission documentation from Crump's medical record intentionally in May of 2024 out of evil, malicious intentions after Steven Crump was forced into protective custody due to harrassment and assaults from Nurse R. B (Supervisor Becky) and Head Health Administrator (N. B.).

EXHIBIT ADA 12

Printed on 03/13/2024 at 10:06 AM

## Grievance - 2453 (SJM Ref #17,362,160)

EXHIBIT ADA 13

| | | | |
|---|---|---|---|
| From: | STEVEN CRUMP (141041) | Date Submitted: | 10/24/2023 8:00 AM |
| Housing Area: | CB-2A | Date Received: | 10/25/2023 9:18 AM |
| Assigned To: | Medical Grievance | Status: | **CLOSED** |

Request

# Johnson County Detention Center

**Request for Medical are assessed a fee:**

- Nurse Clinic: $8.00
- Dentist, Doctor, Nurse Practitioner Clinic: $10.00
- Medication, and Refills: $5.00
- Hospitalization: $5.00
- Emergency Room Visit and Referrals to Outside Specialists: $10.00

Reading glasses are available to order on commissary. Your family and friends can bring approved reading glasses to the detention. Reading glasses request are subjected to nurse clinic fee.

Your financial ability to pay will not limit your access to medical care, however, if you are indigent, the fee/s will be charged to and deducted from your account when you receive money.

By signing, I acknowledge and agree to the fee/s that may be charged to my request below.

**eSignature**

Steven Crump

**Please write your Medical Request/Grievance below. (Please be as specific as possible)**

So before I was even able to walk this facility took my wheelchair. I was then bed ridden, forced to walk in excruciating pain from my back injury and leg injury without any assistance. During the healing process I was forced to lay on a solid metal bunch with barely a mattress that looks 20 yrs old. I was given nothing to help support or stabilize my back while it was healing. I was forced to walk while I can't feel my leg or foot. I clearly had nerve damage yet I was given nothing to assist in my recovery except medication. Now I have severe nerve damage and have

no control of my leg, I can't walk normal nor can I sit regular without excruciating pain. This is because for 2 months I was forced to lay on my injury on a solid surface and I was forced to use my body while it was severely injured and needed to stay immobilized to heal properly. Now, 3 months later I am told I could have had a cane to assist my walking, taking all that pressure off my back and leg and an extra matt that would have help alleviate the pressure on the swelling in my back causing nerve damage. This is sad, but now I am going to be permanently damaged if I don't start getting the right stuff to help my body heal. I WANT MY WALKING CANE AND AN EXTRA MATRESS TODAY, NOT LATER, NOW. Please and thank you. This is my body, my pain and the police did this to me on purpose with intent and I hope this facility isn't doing the same thing by not Completely helping my body heal.

Response by **Nurse W. F** on **11/02/2023** at **4:30 PM**

Mr. Crump,
You have been assessed by the health care provider on the following dates during your stay: 7/12/23, 7/26/23, 7/31/23, 8/15/23, 8/18/23, 9/8/23, 10/10/23. Additionally, the provider has ordered diagnostic imaging to assess your condition. Upon review, the provider has determined that you do not meet the qualifications for a 2nd mattress or cane at this time. If you are experiencing new or worsening symptoms, please submit a sick call for further evaluation. Thank you.

EXHIBIT ADA13

# Medical Request - #17,417,613

EXHIBIT ADA 14

| | | | |
|---|---|---|---|
| From: | STEVEN CRUMP (141041) | Date Submitted: | 10/28/2023 2:53 PM |
| Housing Area: | CB-2A | Date Received: | 10/28/2023 5:59 PM |
| Assigned To: | Medical Request | Status: | **CLOSED** |

Request

## Johnson County Detention Center

**Request for Medical are assessed a fee:**

- Nurse Clinic: $8.00
- Dentist, Doctor, Nurse Practitioner Clinic: $10.00
- Medication, and Refills: $5.00
- Hospitalization: $5.00
- Emergency Room Visit and Referrals to Outside Specialists: $10.00

Reading glasses are available to order on commissary. Your family and friends can bring approved reading glasses to the detention. Reading glasses request are subjected to nurse clinic fee.

Your financial ability to pay will not limit your access to medical care, however, if you are indigent, the fee/s will be charged to and deducted from your account when you receive money.

By signing, I acknowledge and agree to the fee/s that may be charged to my request below.

**eSignature**

Steven Crump

**Please write your Medical Request/Grievance below. (Please be as specific as possible)**

The provider is wrong. By not providing me with something to assist my ability to walk until I am able to walk normal again they are only making me cause more damage to my body. Everyone knows this. Its going to mess up my entire body from foot to shoulder. Throw it completely off. I am able to walk out to get meds and that's about all the walking I can do on my own. I'll give the provider until Wed. Nov 1st then I will have no choice but to file a lawsuit. I am on chronic care because of police brutality and I am not being provided for properly at this

Response by **Nurse K. C** on **10/28/2023** at **2:10 PM**

The provider did not deem it medically necessary for you to have a cane after being seen in sick call on 10/22/2023.

EXHIBIT ADA 14

Medical reqs 1 p. 34

Case 5:24-cv-03036-JWL Document 27-31 *SEALED* Filed 06/10/24 Page 1 of 5

# Medical Request - #16,694,597

EXHIBIT ADA15

| | | | |
|---|---|---|---|
| From: | STEVEN CRUMP (141041) | Date Submitted: | 08/30/2023 4:37 PM |
| Housing Area: | CB-2A | Date Received: | 08/30/2023 11:00 PM |
| Assigned To: | Medical Request | Status: | **CLOSED** |

Request

# Johnson County Detention Center

**Request for Medical are assessed a fee:**

- Nurse Clinic: $8.00
- Dentist, Doctor, Nurse Practitioner Clinic: $10.00
- Medication, and Refills: $5.00
- Hospitalization: $5.00
- Emergency Room Visit and Referrals to Outside Specialists: $10.00

Reading glasses are available to order on commissary. Your family and friends can bring approved reading glasses to the detention. Reading glasses request are subjected to nurse clinic fee.

Your financial ability to pay will not limit your access to medical care, however, if you are indigent, the fee/s will be charged to and deducted from your account when you receive money.

By signing, I acknowledge and agree to the fee/s that may be charged to my request below.

**eSignature**

Steven crump

**Please write your Medical Request/Grievance below. (Please be as specific as possible)**

I am waiting for a ct exam on my spine. I can't lift my leg or hold my balance. I use the handicapped shower because I need the railings. I'm 220ilbs and can't stand on one leg nor hold my other leg up nor does my spinal injury allow me to bend all the way over. Someone in medical told the officer today that I do not need a handicapped shower. I have used the shower since I got out of my wheel chair. Can medical please CORRECT this so I don't have to go through a grievance process. Thank you. Chrissy was the medical staff the female officer talked

to today apparently.

Response by **Nurse C. K** on **08/31/2023** at **6:07 PM**

Mr. Crump,

This matter has been discussed with the providers in medical, and it has been determined that it is not necessary for you to use the handicapped shower at this time. If you feel that this decision has been made in error, please submit a grievance.

Thank you!
Medical

EXHIBIT ADA 15