# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

STEVEN CRUMP,

        Plaintiff,

v.                            Case No:   24-3036-EFM

JOHNSON COUNTY BRD OF
COMMISSIONERS, CLAY HAYDEN,
VITAL CORE HEALTH STRATEGIES,
(fnu)(lnu)(5), DANNY STANTON,
VIOLA RIGGINS, JENNIFER EHRLICH,
N.B., BECKY (LNU), TIFFANY McROBERTS,
CARYN KUNZ, KATHLEEN CALLOWAY,
(fnu)(lnu)(12), LAURA NEELY, (fnu)(lnu)(13),
(fnu) SALGADO, (fnu)(lnu)(14), (fnu) BELL,
(fnu)(lnu)(15), (fnu)(lnu)(16), (fnu) COOLEY,
(fnu) ANDREWS, (fnu)(lnu)(17), M. LEVIN,
M. WEAVER, and (fnu) KING,

        Defendants,

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.   This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.  IT IS ORDERED

that pursuant to the Memorandum and Order issued on June 2, 2025, (Doc. 190) Johnson County Defendants' Motion for Summary Judgment (Doc. 83) and the VitalCore Defendants' Motion for Summary Judgment (Doc. 114) are **GRANTED**.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment (Doc. 90), Motion to Demand Default Judgment (Doc. 93), and Motion to Demand Partial Summary Judgment (Doc. 97) are DENIED.

IT IS FURTHER ORDERED that the Johnson County Defendant's Motion to Strike Plaintiff's Motion for Summary Judgment (Doc. 123); Plaintiff's Motion to Strike the Johnson County Defendants' Amended Complaint (Doc. 131); Plaintiff's Motion to Strike VitalCore Defendants' Amended Complaint (Doc. 132); Johnson County Defendants' Motion to Strike Plaintiff's Notice (Doc. 186); Johnson County Defendants' Motion for Leave to File Surreply in Support of their Motion for Summary Judgment (Doc. 187); and Plaintiff's Motion to Strike the Johnson County Defendants' Motion to Strike and Motion for Leave to File Surreply (Doc. 188) are DENIED AS MOOT.

    This Case is Closed.

| | |
|---|---|
|   6/2/2025   <br> Date | SKYLER O'HARA <br> CLERK OF THE DISTRICT COURT <br> <br> by:  s/ Cindy McKee  <br>     Deputy Clerk |