## UNITED STATES DISTRICT COURT

## DISTRICT OF KANSAS

**Steven Crump**,

Plaintiff,

v.  Case No. **24-03036**

**Unified Government of Johnson County, et al.,**

Defendants.

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff **Steven Crump**, pro se, appeals to the United States Court of Appeals for the **Tenth Circuit** from the order granting summary judgment in favor of Defendants entered on [insert date of judgment or order], and any related final judgment entered in this case.

Plaintiff notes that a **Motion for Reconsideration** is currently pending before this Court. This Notice of Appeal is filed solely to preserve Plaintiff's appellate rights in accordance with **Federal Rule of Appellate Procedure 4(a)(4)** and should not be construed as a waiver or withdrawal of that motion.

Respectfully submitted,

Dated: **June 30, 2025**

**SIGNATURE:** *Steven Crump*

Steven Crump

11016 Quivira Rd #1010

Overland Park, KS 66210

Pro Se Plaintiff

UNITED STATES DISTRICT COURT

District For Kansas

Steven Crump,

Plaintiff,

v                                                                                          Case# 24-03036

Unified Gov. Of Jo. Co., et al

Defendants.

CERTIFICATE OF SERVICE

I sent the foregoing documents, Notice Of Appeal, to the court clerk on 6/30/2025 to be electronically filed.

Notice to be sent to:

Kirk Ridgway

John Hicks.

Submitted By,

Steven Crump

Signature: *Steven Crump*

Stevencrumplaw@gmail.com